# EXHIBIT A

Case 1:07-cv-09614-AKH   Document 1-2   Filed 10/29/2007   Page 1 of 13

# EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 1. | THE GAP | 944,941   10-10-1972 72/416,889   02-29-1972 | 08/23/1969 10/17/1969 | Retail clothing store services in Class 42 |
| 2. | the gap | 944,942   10-10-1972 72/416,927   02-29-1972 | 08-23-1969 10-17-1969 | Retail clothing store services in Class 42 |
| 3. | GAP | 1,129,294   01-15-1980 73/126,525   05-13-1977 | 06-25-1974 06-25-1974 | Clothing - namely pants, jeans, skirts, vests, jackets, overalls, jumpers, dresses, sweaters, T-shirts, belts, hats, visors, shorts, ponchos and halter tops in Class 25 |
| 4. | gap | 1,129,295   01-15-1980 73/126,527   05-13-1977 | 06-25-1974 06-25-1974 | Clothing - namely pants, overalls, T-shirts in Class 25 |
| 5. | the gap | 1,097,038   07-18-1978 73/147,742   11-07-1977 | 08-23-1969 10-17-1969 | Retail clothing store services in Class 42 |
| 6. | GAP KIDS | 1,416,059   11-04-1986 73/595,317   04-25-1986 | 03-24-1986 03-27-1986 | Retail store services in the field of clothing in Class 42; clothing, namely, shirts shorts, pants sweaters, jackets, belts, hats, socks and scarves in Class 25 |
| 7. | GAP | 1,576,510   01-09-1990 73/801,791   05-22-1989 | 07-23-1988 07-23-1988 | Clothing, namely shirts, pants shorts, vests, jackets, dresses, skirts, sweaters, swimsuits, headbands, belts, hats, scarves, socks and shoes in Class 25 |
| 8. | GAP KIDS | 1,587,827   03-20-1990 73/816,834   08-03-1989 | 08-01-1988 08-01-1988 | Tote bags, duffle bags, backpacks, and all-purpose sport bags in Class 18 |
| 9. | GAP | 1,055,151   12-28-1976 73/031,817   09-12-1974 | 06-25-1974 06-25-1974 | Shirts in Class 25 |
| 10. | GAP | 1,406,870   08-26-1986 73/580,465   01-31-1986 | 06-25-1974 06-25-1974 | Clothing namely shirts, blouses, gloves, scarves, socks, and shoes in Class 25 |
| 11. | BABY GAP | 1,671,790   01-14-1992 74/036,983   03-12-1990 | 01-29-1990 02-06-1990 | Blankets in Class 24 |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 12. | BABY GAP | 1,675,154  02-11-1992<br>74/036,987  03-12-1990 | 01-29-1990<br>02-06-1990 | Clothing; namely, shirts, jackets, pants jumpsuits, shoes, socks, and hats in Class 25 |
| 13. | GAP | 1,752,562  02-16-1993<br>74/165,638  05-13-1991 | 08-01-1988<br>08-01-1988 | Tote bags, duffle bags, backpacks, bike bags, handbags in Class 18 |
| 14. | [design] | 1,745,875  01-12-1993<br>74/239,382  01-22-1992 | 12-00-1988<br>12-00-1988 | Clothing; namely, shirts, pants, shorts, vests, jackets, dresses, skirts, sweaters, swimsuits, headbands, belts, hats, scarves, gloves, socks, hosiery and shoes in Class 25;<br><br>Retail clothing store services in Class 42 |
| 15. | [design] | 1,749,044  01-26-1993<br>74/244,014  02-07-1992 | 08-01-1991<br>08-01-1991 | Retail clothing store services in Class 42 |
| 16. | [design] | 1,744,610  01-05-1993<br>74/244,015  02-07-1992 | Cl. 25:  01-03-1992<br>          01-03-1992<br>Cl. 42:  08-00-1991<br>          08-00-1991 | Clothing: namely, socks and shorts in Class 25<br><br>Retail clothing store services in Class 42 |
| 17. | G A P | 1,750,214  02-02-1993<br>74/244,016  02-07-1992 | Cl. 25:  01-03-1992<br>          01-03-1992<br>Cl. 42  08-00-1991<br>          08-00-1991 | Clothing; namely, socks and shorts in Class 25<br><br>Retail clothing store services, in Class 42 |
| 18. | G A P | 1,746,201  01-12-1993<br>74/244,760  02-19-1992 | 08-01-1991<br>08-01-1991 | Retail clothing store services in Class 42 |
| 19. | GAP FOUNDATION | 1,861,981  11-08-1994<br>74/350,704  01-21-1993 | 12-22-1977<br>04-1-8-1984 | Charitable services; namely, donations of merchandise and gift certificates in Class 42<br><br>Charitable services; namely, grants and matching gifts in Class 36 |
| 20. | GAP | 1,808,207  11-30-1993<br>74/366,974  03-11-1993 | 07-23-1988<br>07-23-1988 | Retail clothing store services in Class 42 |

# EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 21. | BABY GAP | 1,906,665  07-18-1995<br>74/417,035  07-26-1993 | 04-01-1993<br>04-01-1993 | Toys; namely, teddy bears in Class 28 |
| 22. | GAP | 1,912,356  08-15-1995<br>74/473,845  12-22-1993 | 02-27-1994<br>02-27-1994 | Sunglasses and eye glass cases in Class 9 |
| 23. | GAP ATHLETIC | 1,950,476  01-23-1996<br>74/557,914  08-05-1994 | 03-16-1994<br>03-16-1994 | Clothing, namely sweatpants, sweatshirts, T-shirts, jackets, and socks in Class 25 |
| 24. | G A P | 1,829,759  04-05-1994<br>74/801,477  03-13-1992 | 06-00-1992<br>06-00-1992 | Clothing; namely, shirts, pants shorts, jackets, rompers and other one-piece garments, dresses, jumpers, sweaters, overalls, hats, socks, booties, tights and headwear in Class 25<br><br>Retail clothing store services in Class 42 |
| 25. | [design] | 1,856,136  09-27-1994<br>74/801,478  03-13-1992 | 02-11-1992<br>02-11-1992 | Clothing; namely, shirts, pants, shorts, jackets, rompers and other one-piece garments, dresses, jumpers, sweaters, diaper covers, overalls, hats, socks, booties, tights and headwear in Class 25<br><br>Retail clothing store services in Class 42 |
| 26. | GAP | 2,003,751  09-24-1996<br>75/975,336  04-07-1994 | 11-01-1994<br>11-01-1994 | Shower gel, toilet water, lip balm, moisturizing body lotion, soap, pot pourri in Class 3 |
| 27. | GAP SCENTS | 2,006,270  10-08-1996<br>75/019,039  11-14-1995 | 11-01-1994<br>11-01-1994 | Hair shampoo, hair conditioner, skin soap, shower gel, shaving gel, bath salts, toilet water, and body and skin lotion in Class 3 |
| 28. | GAP | 2,020,312  12-03-1996<br>74/682,387  05-31-1995 | 07-23-1988<br>07-23-1988 | Retail store services in the field of clothing and clothing accessories in Class 42 |
| 29. | GAP OUTLET | 2,020,323  12-03-1996<br>74/685,516  06-07-1995 | 04-03-1995<br>04-03-1995 | Retail store services in the field of clothing and clothing accessories in Class 42 |
| 30. | GAP | 2,049,950  04-01-1997<br>75/001,203  10-03-1995 | 02-00-1996<br>02-00-1996 | Candy in Class 30 |
| 31. | GAP | 2,146,558  03-24-1998<br>75/333,289  07-30-1997 | 11-25-1996<br>11-25-1996 | Jewelry, namely, watches in Class 14 |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 32. | BABY GAP | 2,176,915  07-28-199<br>75/339,086  08-11-1997 | 01-29-1990<br>02-06-1990 | Retail store services in the field of clothing, clothing accessories, bedding and toys in Class 35 |
| 33. | GAP | 2,341,527  04-11-2000<br>75/756,945  07-21-1999 | 12-02-1996<br>12-02-1996 | Bed blankets, throw blankets, bed sheets, bed linens, quilts, comforters in Class 24 |
| 34. | GAP BODY | 2,356,121  06-06-2000<br>75/523,301  07-22-1998 | 08-06-1998<br>08-06-1998 | Retail store services in the field of personal care products, lingerie bath and bedroom linens, and bathroom and bedroom accessories |
| 35. | GAP | 2,431,833  02-27-2001<br>76/037,689  05-01-2000 | 12-00-1988<br>12-00-1988 | Anoraks, shortalls, jeans, khaki pants, trousers, fleece tops, coats, rainwear, shawls, lingerie, robes, sleepwear, pajamas and nightgowns, brassieres, underwear, shapers, undergarments, boxer shorts, sport bras, gym shorts, camisoles, slips, bodysuits, tank tops, sweatshirts, sweat pants, tankinis, bikinis, bathing suits, swim trunks, leggings, slippers, caps in Class 25 |
| 36. | GAP | 2,431,834  02-27-2001<br>76/037,690  05-01-2000 | 10-01-1998<br>10-01-1998 | Candles in Class 4 |
| 37. | GAP<br>The color blue is a feature of the mark. | 2,431,835  02-27-2001<br>76/307,691  02-27-2001 | 10-01-1998<br>10-01-1998 | Candles in Class 4 |
| 38. | GAP | 2,481,933  08-28-2001<br>76/014,965  03-31-2000 | Cl. 42:  11-02-1998<br>         11-02-1998<br>Cl. 35:  08-00-1991<br>         08-00-1991 | Computerized online gift wish list and gift selection services in Class 42<br>Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leathers goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets in Class 35 |
| 39. | GAP | 2,481,934  08-28-2001<br>76/014,967  03-31-2000 | Cl. 35:  08-00-1991<br>         08-00-1991<br>Cl. 42:  11-02-1998<br>         11-02-1998 | Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leathers goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets in Class 35<br>Computerized online gift wish list and gift selection services in Class 42 |

## EXHIBIT A

| No. | Mark | Reg. No. & Issue Date<br>App. No. & Filing Date | Date of First Use<br>Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 40. | BABY GAP | 2,481,935  08-28-2001<br>76/014,968  03-31-2000 | Cl. 42: 11-02-1998<br>11-02-1998<br>Cl. 35: 01-29-1990<br>01-29-1990 | Computerized online gift wish list and gift selection services in Class 42<br><br>Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes, sunglasses, leather goods, bags, toys baby linen, blankets, bedding, souvenir items, and holiday gift sets in Class 35 |
| 41. |  | 2,481,936  08-28-2001<br>76/014,969  03-31-2000 | Cl. 35: 08-01-1991<br>08-01-1991<br>Cl. 42: 11-02-1998<br>11-02-1998 | Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes, sunglasses, leather goods, bags, toys baby linen, blankets, bedding, souvenir items, and holiday gifts in Class 35<br><br>Computerized online gift wish list and gift selection services in Class 42 |
| 42. | G A P | 2,481,937  08-28-2001<br>76/014,971  03-31-2000 | Cl. 35: 08-01-1991<br>08-01-1991<br>Cl. 42: 11-02-1998<br>11-02-1998 | Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leather goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets in Class 35<br><br>Computerized online gift wish list and gift selection services in Class 42 |
| 43. | G A P | 2,481,995  08-28-2001<br>76/037,684  05-01-2000 | 06-00-1992<br>06-00-1992 | Clothing namely bibs, bonnets, caps, overalls, bodysuits, t-shirts, cardigans, swimwear, pajamas, sleepwear, newborn and infant wear, fleece tops, aprons, mittens, coats, jackets, sweat pants, sweatshirts in Class 25 |
| 44. |  | 2,481,996  08-28-2001<br>76/037,686  05-01-2000 | 11-00-1992<br>11-00-1992 | Clothing, namely shirts, pants, shorts, jackets, rompers, infantwear, dresses, jumpers, sweaters, diaper covers, overalls, socks, booties, tights, headwear, shoes, bibs, hats, caps, bonnets, overalls, bodysuits, t-shirts, cardigans, swimwear, pajamas, sleepwear, newborn and infant wear, fleece tops, aprons, mittens, coats, jackets, sweat pants, sweatshirts in Class 25 |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date<br>App. No. & Filing Date | Date of First Use<br>Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 45. | [GAP] | 2,481,997  08-28-2001<br>76/037,692  05-01-2000 | 10-00-1997<br>10-00-1997 | Cologne, eau de toilette, perfume, shower gel, moisturizing face and body lotion, hand lotion, hand and body soap, liquid hand soap, incense, fragrance balm, make-up, blush, rouge, face powder, face lotion and cream, mascara, eye shadow, eye make-up, eyeliner, eyebrow pencil, eye balm, nail polish, lipstick, lip gloss, lip liner, lip lacquer, lip balm, bubble bath, bath beads, bath bombs, bath and shower gel, face and body scrub, body mist, body shimmer, aromatherapy, bath salts and soaps, skin moisturizer, foot lotion, soap in Class 3 |
| 46. | [GAP]<br>The color blue is a feature of the mark. | 2,481,998  08-28-2001<br>76/307,693  05-01-2000 | 10-00-1997<br>10-00-1997 | Cologne, eau de toilette, perfume, shower gel, moisturizing face and body lotion, hand lotion, hand and body soap, liquid hand soap, incense, fragrance balm, make-up, blush, rouge, face powder, face lotion and cream, mascara, eye shadow, eye make-up, eyeliner, eyebrow pencil, eye balm, nail polish, lipstick, lip gloss, lip liner, lip lacquer, lip balm, bubble bath, bath beads, bath bombs, bath and shower gel, face and body scrub, body mist, body shimmer, aromatherapy, bath salts and soaps, skin moisturizer, foot lotion, soap in Class 3 |
| 47. | GAP | 2,482,506  08-28-2001<br>76/206,087  02-06-2001 | 10-01-1994<br>10-01-1994 | Candles in Class 4 |
| 48. | GAP | 2,496,372  10-09-2001<br>76/206,083  02-06-2001 | 01-03-1992<br>01-03-1992 | Clothing, namely, dresses, skirts, sweaters, jeans, vests, jackets, overalls, jumpers, t-shirts, hats, shirts, blouses, gloves, and shoes; anoraks, shortalls, trousers, khaki pants, cargo pants, fleece tops, coats, rainwear, robes, brassieres, underwear, undergarments, boxer shorts, gym shorts, tank tops, sweatshirts, sweat pants, bathing suits, swim trunks; sleepwear, pajamas and nightgowns; hosiery, socks, leggings, slippers, caps in Class 25 |
| 49. | GAP | 2,496,373  10-09-2001<br>76/206,156  02-06-2001 | 06-00-1987<br>06-00-1987 | Retail store services in the fields of clothing, clothing accessories, personal care products, sunglasses, lingerie, shoes, leather goods, luggage and bags, electronic products, home, bed and bath products, souvenir items and holiday gift sets in Class 35 |
| 50. | [GAP] | 2,497,963  10-16-2001<br>76/037,685  05-01-2000 | 11-00-1992<br>11-00-1992 | Clothing, namely shirts, pants, shorts, jackets, rompers, infantwear, dresses, jumpers, sweaters, diaper covers, overalls, socks, booties, tights, headwear, shoes, bibs, hats, caps, bonnets, overalls, bodysuits, t-shirts, cardigans, swimwear, pajamas, sleepwear, newborn and infant wear, fleece tops, aprons, mittens, coats, jackets, sweat pants, sweatshirts in Class 25 |

# EXHIBIT A

| No. | Mark | Reg. No. & Issue Date  App. No. & Filing Date | Date of First Use  Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 51. | GAP KIDS | 2,498,432  10-16-2001  76/206,084  02-06-2001 | 08-01-1988  08-01-1988 | Tote bags, duffel bags, backpacks, bike bags, handbags; luggage, purses, coin purses, cosmetic bags, wallets, card cases, key cases, messenger bags, book bags, beach bags, gym bags, all purpose sport bags, sling bags, waist packs, umbrellas in Class 18 |
| 52. | GAP BODY | 2,498,434  10-16-2001  76/206,161  02-06-2001 | 08-06-1998  08-06-1998 | Retail store services in the fields of personal care products, intimates and lingerie, home, bed and bath products and accessories, and holiday gift sets in Class 35 |
| 53. | GAP | 2,500,467  10-23-2001  76/205,900  02-06-2001 | 08-01-1998  08-01-1998 | Tote bags, duffel bags, backpacks, bike bags, handbags; luggage, purses, coin purses, cosmetic bags, wallets, card cases, key cases, messenger bags, book bags, beach bags, gym bags, all purpose sport bags, sling bags, waist packs, umbrellas in Class 18 |
| 54. | [GAP logo] | 2,500,468  10-23-2001  76/206,086  02-06-2001 | 08-00-1991  08-00-1991 | Retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leather goods, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items, holiday gift sets, personal care products, paper goods, luggage and bags in Class 35 |
| 55. | [GAP logo] | 2,501,641  10-30-2001  76/014,966  03-31-2000 | Cl. 35:  08-01-1991  08-01-1991  Cl. 42:  11-02-1998  11-02-1998 | Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leather goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets in Class 35  Computerized online gift wish list and gift selection services in Class 42 |
| 56. | [GAP logo] | 2,501,642  10-30-2001  76/014,970  03-31-2000 | Cl. 35:  08-01-1991  08-01-1991  Cl. 42:  11-02-1998  11-02-1998 | Retail store and computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leather goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets in Class 35  Computerized online gift wish list and gift selection services in Class 42 |
| 57. | GAP | 2,512,889  11-27-2001  78/055,495  03-28-2001 | 11-04-1997 | Computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, leather goods, luggage and bags, souvenir items and gift sets, providing gift, product, personal care products and information to customers in Class 35 |

# EXHIBIT A

| No. | Mark | Reg. No. & Issue Date<br>App. No. & Filing Date | Date of First Use<br>Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 58. | BABY GAP | 2,526,898   01-08-2002<br>76/037,687   05-01-2000 | 01-29-1990<br>02-06-1990 | Clothing namely, cloth bibs, bonnets, caps, overalls, bodysuits, t-shirts, cardigans, swimwear, pajamas, sleepwear, newborn and infant wear, fleece tops, aprons, mittens, coats, jackets, sweat pants, sweatshirts in Class 25 |
| 59. | GAP | 2,527,652   01-08-2002<br>78/059,201   04-19-2001 | 08-01-1988<br>08-01-1988 | Luggage, purses, coin purses, cosmetic bags sold empty, wallets, messenger bags, book bags, beach bags, gym bags, all purpose sport bags, sling packs, waist packs, umbrellas in Class 18 |
| 60. | GAP | 2,528,640   01-08-2002<br>76/079,985   06-29-2000 | 08-29-2000<br>08-29-2000 | Credit card services in Class 35 |
| 61. | GAP | 2,532,258   01-22-2002<br>78/059,262   04-19-2001 | 04-15-1995<br>04-15-1995 | Cologne, eau de toilette, shower gel, moisturizing lotion, hand and body soap, liquid hand soap, incense, fragrance balm; make-up, blush, rouge, face powder, eye shadow, eye make-up, eyeliner, nail polish, lip gloss, lipstick, lip liner, lip balm, bubble bath, bath beads, bath bombs, bath and shower gel, bath powder, facial scrub, foot scrub, skin moisturizer, foot lotion, soap, aromatherapy in Class 3 |
| 62. | GAP | 2,564,610   04-23-2002<br>76/206,165   02-06-2001 | 11-26-2001<br>11-26-2001 | Mail order catalog services in the fields of clothing, clothing accessories in Class 35 |
| 63. |  | 2,578,821   06-11-2002<br>78/059,274   04-19-2001 | 01-03-1992<br>01-03-1992 | Clothing, namely, dresses, skirts, sweaters, jeans, vests, jackets, overalls, jumpers, t-shirts, hats, shirts, blouses, gloves, and shoes; anoraks, shortalls, trousers, khaki pants, cargo pants, fleece tops, coats, rainwear, robes, brassieres, underwear, undergarments, boxer shorts, gym shorts, tank tops, sweatshirts, sweat pants, bathing suits, swim trunks; sleepwear, pajamas and nightgowns; hosiery, leggings, slippers, caps in Class 25 |
| 64. | GAP | 2,589,834   07-02-2002<br>76/206,166   02-06-2001 | 11-26-2001<br>11-26-2001 | Catalogs in the fields of clothing, clothing accessories in Class 16 |
| 65. |  | 2,638,121   10-22-2002<br>76/037,688   05-01-2000 | 12-00-1988<br>12-00-1988 | Anoraks, shortalls, jeans, khaki pants, trousers, fleece tops, coats, rainwear, shawls, lingerie, robes, sleepwear, pajamas and nightgowns, brassieres, underwear, shapers, undergarments, boxer shorts, sport bras, gym shorts, camisoles, slips, bodysuits, tank tops, sweatshirts, sweat pants, tankinis, bikinis, bathing suits, swim trunks, leggings, slippers, caps in Class 25 |

## EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 66. | GAP | 2,659,476   12-10-2002<br>78/061,307   05-01-2001 | 12-01-1988<br>12-01-1988 | Anoraks, shortalls, trousers, khaki pants, cargo pants, fleece tops, coats, rainwear, shawls; lingerie, robes, brassieres, underwear, shapewear, undergarments, boxer shorts, sport bras, gym shorts, camisoles, slips, bodysuits, tank tops, sweatshirts, sweat pants, tankinis, bathing suits, swim trunks; sleepwear, pajamas and nightgowns; ties, hosiery, leggings, slippers, caps in Class 25 |
| 67. | GAP KIDS | 2,667,661   12-31-2002<br>76/014,928   03-31-2000 | Cl. 35:   03-24-1986<br>03-24-1986<br>Cl. 42   11-02-1998<br>11-02-1998 | Retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, jewelry, leather goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, stationery, souvenir items and holiday gift sets; computerized online retail store services in the fields of clothing, clothing accessories, shoes and slippers, hair accessories, leather goods, luggage and bags, electronic products, calculators, watches and sport timers, toys, souvenir items, and holiday gift sets in Class 35<br><br>Computerized online gift wish list and gift selection services in Class 42 |
| 68. | GAP BODY | 2,668,050   12-31-2002<br>76/206,159   02-06-2001 | 07-04-2000<br>07-04-2000 | Lingerie, robes, brassieres, underwear; shapewear, namely, control panties, control slips and control garments, namely, control full and half slips, biker shorts and lingerie; undergarments, boxer shorts, sport bras, gym shorts, camisoles, slips, bodysuits, tank tops, sweatshirts, sweat pants, tankinis, bathing suits, swim trunks; sleepwear, pajamas and nightgowns; hosiery, leggings, slippers, socks in Class 25 |
| 69. | GAP BODY | 2,668,051   12-31-2002<br>76/206,160   02-06-2001 | 07-04-2000<br>07-04-2000 | Lingerie, robes, brassieres, underwear; shapewear, namely, control panties, control slips and control garments, namely, control full and half slips, biker shorts and lingerie; undergarments, boxer shorts, sport bras, gym shorts, camisoles, slips, bodysuits, tank tops, sweatshirts, sweat pants, tankinis, bathing suits, swim trunks; sleepwear, pajamas and nightgowns; hosiery, leggings, slippers, socks in Class 25 |
| 70. | GAP | 2,669,157   12-31-2002<br>78/059,250   04-19-2001 | 11-02-1998<br>11-02-1998 | Computerized online retail store services in the field of clothing, clothing accessories, shoes and sandals, leather goods, bags; electronic products, calculators, watches, toys, gift sets, providing gift, product and service information to customers in Class 35 |
| 71. | GAP | 2,677,243   01-21-2003<br>76/350,836   12-13-2001 | 04-18-1984<br>04-18-1984 | Charitable services, namely sponsorship of charitable and philanthropic events |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date<br>App. No. & Filing Date | Date of First Use<br>Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 72. | GAP | 2,687,233   02-11-2003<br>76/206,164   02-06-2001 | 11-26-2001<br>11-26-2001 | Mail order catalog services in the fields of clothing, clothing accessories, home and bath products in Class 35 |
| 73. | GAP | 2,700,564   03-25-2003<br>78/136,949   06-19-2002 | 04-00-2002<br>04-00-2002 | Hair accessories, namely hair bands in Class 26 |
| 74. | GAP | 2,719,435   05-27-2003<br>78/129,503   05-17-2002 | 11-04-1997<br>11-04-1997 | Internet retail services in the field of clothing, clothing accessories, personal care products, home products, luggage and bags, souvenir items and gift sets; providing gift, product and service information to customers; electronic gift registry services in Class 35 |
| 75. | BABY GAP | 2,732,265   07-01-2003<br>78/158,140   08-27-2002 | 01-00-2001<br>01-00-2001 | Bags, namely diaper bags, tote bags and backpacks in Class 18 |
| 76. | GAP | 2,740,476   07-22-2003<br>78/149,488   07-31-2002 | 05-01-2001<br>05-01-2001 | Towels in Class 24 |
| 77. | GAP KIDS | 2,761,754   09-09-2003<br>78/129,051   05-15-2002 | 03-27-1986<br>03-27-1986 | Headgear, namely hats in Class 25 |
| 78. | GAP | 2,766,797   09-23-2003<br>78/137,004   06-19-2002 | 08-01-1988<br>08-01-1988 | Bags, namely, totes, backpacks and handbags in Class 18 |
| 79. | GAP | 2,772,966   10-14-2003<br>76/206,157   02-06-2001 | 11-04-1997<br>11-04-1997 | Computerized online retail services in the field of clothing, clothing accessories, personal care products, jewelry, household products for bed and bath, housewares, paper goods, leather goods, luggage and bags, souvenir items and holiday gift sets and providing gift, product and service information to customers in connection therewith in Class 35 |
| 80. | GAP BODY | 2,775,613   10-21-03<br>78/156,536   08-21-2002 | 01-00-1998<br>01-00-1998 | Cosmetic bags sold empty in Class 18 |
| 81. | GAP BODY | 2,784,298   11-18-2003<br>78/167,317   09-24-2002 | 07-04-2000<br>07-04-2000 | Clothing, namely, undergarments, sleepwear, loungewear, socks, shoes and slippers in Class 25 |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 82. | GAP | 2,791,427  12-09-2003<br>78/204,191  01-16-2003 | 12-01-1988<br>12-01-1988 | Retail store services, online retail store services and mail order catalog services in the fields of clothing, accessories, personal care products, shoes and slippers, leather goods, bags, souvenir items and gift sets; providing gift, product and service information to customers in Class 35 |
| 83. | GAP | 2,791,429  12-09-2003<br>78/204,243  01-16-2003 | 08-01-1988<br>08-01-1988 | Bags, namely, totes, backpacks and handbags in Class 18 |
| 84. | GAP KIDS | 2,802,271  01-06-2004<br>78/143,446  07-12-2002 | 02-00-1996<br>02-00-1996 | Jewelry, namely, necklaces and bracelets in Class 14 |
| 85. | the gap | 2,826,536  03-23-2004<br>78/167,232  09-24-2002 | 10-30-2003<br>10-30-2003 | Clothing, namely, pants, shirts, tee-shirts in Class 25 |
| 86. | the gap | 2,826,537  03-23-2004<br>78/167,247  09-24-2002 | 10-30-2003<br>10-30-2003 | Clothing, namely, pants, shirts, tee-shirts in Class 25 |
| 87. | GAP | 2,855,822  06-22-2004<br>78/078,266  08-08-2001 | 06-25-1974<br>06-25-1974 | Clothing, namely, pants, shorts, sweatpants, overalls, shirts, tee-shirts, sweatshirts, blouses, jackets, vests, coats, rainwear, shoes, lingerie, sleepwear, loungewear, swimwear, gloves, socks, hosiery, belts, scarves, hats, ties, slippers in Class 25 |
| 88. | GAP | 2,860,344  07-06-2004<br>78/279,628  07-28-2003 | 1994<br>1994 | Clothing, namely, pants, shorts, sweatpants, overalls, shirts, tee-shirts, sweatshirts, blouses, skirts, dresses, jackets, vests, coats, rainwear, shoes, lingerie, sleepwear, loungewear, swimwear, gloves, socks, hosiery, belts, scarves, hats, ties, slippers in Class 25 |
| 89. | gap | 2,913,817  12-21-2004<br>78/167,203  09-24-2002 | 09-13-2004<br>09-13-2004 | Retail store services and online retail store services in the fields of clothing, accessories, personal care products, shoes and slippers, home products, leather goods, luggage an bags, souvenir items and gift sets; providing gift product and service information to providing gift product and service information via telephone and the Internet in Class 35 |
| 90. | GAP | 3,020,444  11-29-2005<br>78/484,636  09-16-2004 | 07-07-2004<br>07-07-2004 | Sporting articles, namely soccer balls and footballs in Class 28 |

EXHIBIT A

| No. | Mark | Reg. No. & Issue Date App. No. & Filing Date | Date of First Use Date of First Use in Commerce | Goods/Services |
|---|---|---|---|---|
| 91. | GAP SCENT EDITIONS | 3,083,713  04-18-2006<br>78/465,256  08-10-2004 | 01-25-2005<br>01-25-2005 | Perfume, eau de toilette, eau de parfum, cologne, body and skin lotion, body oil, essential oils for personal use in Class 3 |
| 92. | GAP SCENT EDITIONS SUEDED MUSK | 3,083,714  04-18-2006<br>78/465,262  08-10-2004 | 01-25-2005<br>01-25-2005 | Perfume, eau de toilette, eau de parfum, cologne, body and skin lotion, body oil, essential oils for personal use in Class 3 |
| 93. | BABY GAP | 3,088,842  05-02-2006<br>78/586,448  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 | 08-29-2005<br>08-29-2005 | Baby wash, body lotion, non-medicated diaper rash ointments in Class 3 |
| 94. | GAP SELECT | 3,105,229  06-13-2006<br>78/565,544  02-11-2005 | 04-30-2005<br>04-30-2005 | Clothing, namely, shirts, tee-shirts, sweatshirts, blouses, jackets, coats in Class 25 |
| 95. | GAP | 3,114,794  07-11-2006<br>78/171,223  10-04-2002 | 08-30-2003<br>08-30-2003 | Binoculars, calculators, CD storage wallets, pre-recorded compact discs featuring music, headphones, sunglasses, swim goggles in Class 9 |
| 96. | GAP EDITION | 3,155,030  10-10-2006<br>78/524,334  11-30-2004 | 08-24-2005<br>08-24-2005 | Clothing, namely, t-shirts, shirts, blouses, sweaters, sweatshirts, tops, pants, shorts, jeans, skirts, jackets, blazers, coats, loungewear in Class 25 |
| 97. | GAP EDITION | 3,166,266  10-31-2006<br>78/524,335  11-30-2004 | 08-24-2005<br>08-24-2005 | Retail store services in the field of clothing in Class 35 |