# EXHIBIT B



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *944,941* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM    October 10, 1972
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM    October 10, 2002
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Int. Cl.: 42

Prior U.S. Cl.: 101

United States Patent and Trademark Office

Reg. No. 944,941
Registered Oct. 10, 1972

10 Year Renewal

Renewal Term Begins Oct. 10, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

### THE GAP

GPS (DELAWARE), INC. (DELAWARE CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066, BY MERGER AND CHANGE OF NAME, CHANGE OF NAME, MERGER AND CHANGE OF NAME AND ASSIGNMENT FROM GAP STORES, THE (CALIFORNIA CORPORATION) BURLINGAME, CA

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 101 (INT. CL. 42).

FIRST USE 8-23-1969; IN COMMERCE 10-17-1969.

SER. NO. 72-416,889, FILED 2-29-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 6, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

944,941
Registered Oct. 10, 1972

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 416,889, filed Feb. 29, 1972

## THE GAP

The Gap Stores (California corporation)
840 Burlway Road
Burlingame, Calif. 94010

For: RETAIL CLOTHING STORE SERVICES, in CLASS 101 (INT. CL. 42).
First use Aug. 23, 1969; in commerce Oct. 17, 1969.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *944,942* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *October 10, 1972*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM   *October 10, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 944,942
Registered Oct. 10, 1972
Renewal Term Begins Oct. 10, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



GPS (DELAWARE), INC. (DELAWARE CORPORATION)
900 CHERRY AVE.
SAN BRUNO, CA 94066, BY MERGER AND CHANGE OF NAME, CHANGE OF NAME, MERGER AND CHANGE OF NAME AND ASSIGNMENT FROM GAP STORES, THE (CALIFORNIA CORPORATION) BURLINGAME, CA

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 101 (INT. CL. 42).

FIRST USE 8-23-1969; IN COMMERCE 10-17-1969.

SER. NO. 72-416,927, FILED 2-29-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 1, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

944,942
Registered Oct. 10, 1972

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 416,927, filed Feb. 29, 1972



The Gap Stores (California corporation)
840 Burlway Road
Burlingame, Calif.   94010

For: RETAIL CLOTHING STORE SERVICES, in CLASS 101 (INT. CL. 42).
First use Aug. 23, 1969; in commerce Oct. 17, 1969.



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,129,294 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  *January 15, 1980*
1st RENEWAL FOR A TERM OF 10 YEARS FROM  *January 15, 2000*

LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*M. Montgomery*
M. MONTGOMERY
Certifying Officer

Int. Cl.: 25

U.S. Cl.: 39

**U.S. Patent and Trademark Office**

Reg. No. 1,129,294

Reg. Jan. 15, 1980

## TRADEMARK
Principal Register

### GAP

The Gap Stores, Inc. (California corporation)
875 Mahler Rd.
Burlingame, Calif. 94010

For: Clothing—Namely, Pants, Jeans, Gauchos, Skirts, Vests, Jackets, Overalls, Jumpers, Dresses, Jumpsuits, Sweaters, T-Shirts, Belts, Hats, Visors, Suspenders, Shorts, Ponchos and Halter Tops —in Class 25. (U.S. Cl. 39).

First use June 25, 1974; in commerce June 25, 1974.
Owner of U.S. Reg. Nos. 944,941, 944,942 and 1,055,151.

Ser. No. 126,525. Filed May 13, 1977.

PAUL F. GAST, Examiner



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,129,295* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 15, 1980*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 15, 2000*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  GAP (APPAREL), LLC
  *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
**Certifying Officer**

Int. Cl.: 25

U.S. Cl.: 39

**U.S. Patent and Trademark Office**  Reg. No. 1,129,295
Reg. Jan. 15, 1980

## TRADEMARK
### Principal Register



The Gap Stores, Inc. (California corporation)
875 Mahler Rd.
Burlingame, Calif. 94010

For: Clothing—Namely, Pants, ~~Jeans, Gauchos, Skirts,
Vests, Jackets,~~ Overalls, ~~Jumpers, Dresses, Jumpsuits,
Sweaters,~~ T-Shirts ~~Belts, Hats, Visors, Suspenders, Shorts,
Ponchos and Halter Tops~~ —in Class 25. (U.S. Cl. 39).
First use June 25, 1974; in commerce June 25, 1974.

Ser. No. 126,527. Filed May 13, 1977.

PAUL F. GAST, Examiner



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,097,038* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 18, 1978*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *July 18, 1998*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer



Int. Cl.: 42

Prior U.S. Cl.: 101

Reg. No. 1,097,038

United States Patent and Trademark Office
Registered July 18, 1978

## SERVICE MARK
Principal Register



The Gap Stores, Inc. (California corporation)
875 Mahler Road
Burlingame, Calif. 94010

For: RETAIL CLOTHING STORE SERVICES, in CLASS 42 (U.S. CL. 101).
First use Aug. 23, 1969; in commerce Oct. 17, 1969.
Owner of Reg. Nos. 944,941, 944,942, and 1,055,151.

Ser. No. 147,472, filed Nov. 7, 1977.

HANNAH M. FISHER, Examiner



**THE UNITED STATES OF AMERICA**

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,416,059* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 04, 1986*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 04, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**United States Patent and Trademark Office**  Reg. No. 1,416,059
Registered Nov. 4, 1986

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## GAP KIDS

GAP, INC., THE (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, PANTS, SWEATERS, JACKETS, BELTS, HATS, SOCKS AND SCARVES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 3-24-1986; IN COMMERCE 3-27-1986.
FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, IN CLASS 42 (U.S. CL. 101).

FIRST USE 3-24-1986; IN COMMERCE 3-27-1986.

OWNER OF U.S. REG. NOS. 944,941, 1,129,295 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 595,317, FILED 4-25-1986.

TERESA HECHMER, EXAMINING ATTORNEY