Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

Reg. No. 1,416,059

## United States Patent and Trademark Office   Registered Nov. 4, 1986

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## GAP KIDS

GAP, INC., THE (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, PANTS, SWEATERS, JACKETS, BELTS, HATS, SOCKS AND SCARVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 3-24-1986; IN COMMERCE 3-27-1986.

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, IN CLASS 42 (U.S. CL. 101).

FIRST USE 3-24-1986; IN COMMERCE 3-27-1986.

OWNER OF U.S. REG. NOS. 944,941, 1,129,295 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 595,317, FILED 4-25-1986.

TERESA HECHMER, EXAMINING ATTORNEY



1613180

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,576,510* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 09, 1990*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 09, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,576,510
Registered Jan. 9, 1990

## TRADEMARK
### PRINCIPAL REGISTER

# GAP

GAP, INC., THE (DELAWARE CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY SHIRTS, PANTS SHORTS, VESTS, JACKETS, DRESSES, SKIRTS, SWEATERS, SWIMSUITS, HEADBANDS, BELTS, HATS, SCARVES, SOCKS AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-23-1988; IN COMMERCE 7-23-1988.
OWNER OF U.S. REG. NOS. 1,097,038, 1,129,295, AND 1,406,870.

SER. NO. 73-801,791, FILED 5-22-1989.

ANNE L. CORNELIUS, EXAMINING ATTORNEY.



### THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,587,827* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *March 20, 1990*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *March 20, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**  Reg. No. 1,587,827
Registered Mar. 20, 1990

## TRADEMARK
PRINCIPAL REGISTER

### GAP KIDS

GAP, INC., THE (DELAWARE CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: TOTE BAGS, DUFFLE BAGS, BACKPACKS, AND ALL-PURPOSE SPORT BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 1,416,058 AND 1,416,059.

SER. NO. 73-816,834, FILED 8-3-1989.

KATHERINE STOIDES, EXAMINING ATTORNEY



1613183

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,055,151* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *December 28, 1976*
2nd RENEWAL FOR A TERM OF *10* YEARS FROM *December 28, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent Office**

Reg. No. 1,055,151
Registered Dec. 28, 1976

## TRADEMARK
Principal Register



The Gap Stores, Inc. (California corporation)
875 Mahler Road
Burlingame, Calif. 94010

For: SHIRTS, in CLASS 25 (U.S. CL. 39).
First use June 25, 1974; in commerce June 25, 1974.

Ser. No. 31,817, filed Sept. 12, 1974.

P. P. GRALNICK, Supervisory Examiner
R. A. STRASER, Examiner



1613179

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,406,870* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *August 26, 1986*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *August 26, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A UNITED STATE LIMITED LIBILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*W. Montgomery*
W. MONTGOMERY
Certifying Officer



Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,406,870

**United States Patent and Trademark Office**  Registered Aug. 26, 1986

## TRADEMARK
### PRINCIPAL REGISTER

### GAP

GAP, INC., THE (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING NAMELY SHIRTS, BLOUSES, GLOVES, SCARVES, SOCKS, AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-25-1974; IN COMMERCE 6-25-1974.
OWNER OF U.S. REG. NOS. 944,941, 1,129,295 AND OTHERS.

SER. NO. 580,465, FILED 1-31-1986.

STEWART J. BELLUS, EXAMINING ATTORNEY



1613178

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,671,790* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 14, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 14, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Int. Cl.: 24

Prior U.S. Cl.: 42

Reg. No. 1,671,790

**United States Patent and Trademark Office**  Registered Jan. 14, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BABY GAP

GAP, INC., THE (DELAWARE CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: BLANKETS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 1-29-1990; IN COMMERCE 2-6-1990.
OWNER OF U.S. REG. NOS. 1,129,294 AND 1,406,870.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 74-036,983, FILED 3-12-1990.

KATHERINE STOIDES, EXAMINING ATTORNEY.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,675,154* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 11, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *February 11, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,675,154
Registered Feb. 11, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### BABY GAP

GAP, INC., THE (DELAWARE CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SHIRTS, JACKETS, PANTS JUMPSUITS, SHOES, SOCKS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-29-1990; IN COMMERCE 2-6-1990.

OWNER OF U.S. REG. NOS. 1,129,294 AND 1,406,870.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 74-036,987, FILED 3-12-1990.

KATHERINE STOIDES, EXAMINING ATTORNEY



1613179

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 05, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,752,562* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *February 16, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *February 16, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,752,562

**United States Patent and Trademark Office**  Registered Feb. 16, 1993

## TRADEMARK
### PRINCIPAL REGISTER

### GAP

GPS (DELAWARE), INC. (DELAWARE CORPORATION)
900 CHERRY AVENUE
P.O. BOX 60
SAN BRUNO, CA 94066

FOR: TOTE BAGS, DUFFLE BAGS, BACKPACKS, BIKE BAGS, HANDBAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

SER. NO. 74-165,638. FILED 5-13-1991.

CARYN HINES, EXAMINING ATTORNEY



### THE UNITED STATES OF AMERICA

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,745,875* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 12, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 12, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cls.: **25 and 42**

Prior U.S. Cls.: **39 and 101**

**United States Patent and Trademark Office**

Reg. No. 1,745,875
Registered Jan. 12, 1993

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



GPS (DELAWARE), INC. (DELAWARE CORPORATION)
900 CHERRY AVENUE
P.O. BOX 60
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SHIRTS, PANTS, SHORTS, VESTS, JACKETS, DRESSES, SKIRTS, SWEATERS, SWIMSUITS, HEADBANDS, BELTS, HATS, SCARVES, GLOVES, SOCKS, HOSIERY AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-0-1988; IN COMMERCE 12-0-1988.
FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

THE COLOR BLUE IS CLAIMED AS PART OF THE MARK.

SER. NO. 74-239,382, FILED 1-22-1992.

CARYN HINES, EXAMINING ATTORNEY