

## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,749,044* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 26, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 26, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



L. EDELEN
Certifying Officer

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,749,044
Registered Jan. 26, 1993

### SERVICE MARK
### PRINCIPAL REGISTER



GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
P.O. BOX 60
SAN BRUNO, CA 94066

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 8–1–1991; IN COMMERCE
8–1–1991.
OWNER OF U.S. REG. NOS. 1,671,790, 1,675,154
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE
MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR
BLUE.

SER. NO. 74–244,014, FILED 2–7–1992.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,744,610* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 05, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 05, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
　　*GAP (APPAREL), LLC*
　　*AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER

Certifying Officer

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

Reg. No. 1,744,610

## United States Patent and Trademark Office

Registered Jan. 5, 1993

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SOCKS AND
SHORTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-3-1992; IN COMMERCE
1-3-1992.
FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-0-1991; IN COMMERCE
8-0-1991.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE
MARK AS SHOWN.
THE DRAWING IS LINED FOR THE COLOR
BLUE.

SER. NO. 74-244,015, FILED 2-7-1992.

CARYN HINES, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,750,214* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 02, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *February 02, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**United States Patent and Trademark Office**

Reg. No. 1,750,214

Registered Feb. 2, 1993

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# G A P
### K I D S

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SOCKS AND
SHORTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1–3–1992; IN COMMERCE
1–3–1992.
FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8–0–1991; IN COMMERCE
8–0–1991.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–244,016, FILED 2–7–1992.

CARYN HINES, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

May 29, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,746,201* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 12, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 12, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL) , LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*T. Lawrence*

T. LAWRENCE
Certifying Officer



Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,746,201
Registered Jan. 12, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

**b a b y**
**G A P**

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
P.O. BOX 60
SAN BRUNO, CA 94066

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 8-1-1991; IN COMMERCE
8-1-1991.

OWNER OF U.S. REG. NOS. 1,671,790, 1,675,154
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE
MARK AS SHOWN.

SER. NO. 74-244,760, FILED 2-10-1992.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,861,981* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 08, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 08, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. TARVER
Certifying Officer

Int. Cls.: 36 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,861,981
Registered Nov. 8, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

## GAP FOUNDATION

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CHARITABLE SERVICES; NAMELY,
GRANTS AND MATCHING GIFTS, IN CLASS
36 (U.S. CL. 102).

FIRST USE 12–22–1977; IN COMMERCE
4–18–1984.

FOR: CHARITABLE SERVICES; NAMELY,
DONATIONS OF MERCHANDISE AND GIFT

CERTIFICATES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 12–22–1977; IN COMMERCE
4–18–1984.

OWNER OF U.S. REG. NOS. 944,941, 944,942,
AND 1,055,151.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FOUNDATION", APART
FROM THE MARK AS SHOWN.

SER. NO. 74–350,704, FILED 1–21–1993.

RAUL CORDOVA, EXAMINING ATTORNEY



1613180

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,808,207* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 30, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 30, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

P. SWAIN
Certifying Officer



Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,808,207
Registered Nov. 30, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

# GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 7–23–1988; IN COMMERCE
7–23–1988.
OWNER OF U.S. REG. NOS. 944,941, 1,055,151
AND OTHERS.

SER. NO. 74–366,974, FILED 3–11–1993.

ZHALEH KHABIRI, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS; SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,906,665* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 18, 1995*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 18, 2005*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:

  *GAP (APPAREL), LLC*
  *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER

Certifying Officer

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 1,906,665

**United States Patent and Trademark Office**    Registered July 18, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## BABY GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: TOYS; NAMELY, TEDDY BEARS,
~~DOLLS, TRAINS, ROCKING HORSES,~~ IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 4–1–1993; IN COMMERCE
4–1–1993.

OWNER OF U.S. REG. NOS. 944,941, 1,416,058,
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE
MARK AS SHOWN.

SN 74–417,035, FILED 7–26–1993.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,912,356* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *August 15, 1995*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *August 15, 2005*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:

  *GAP (APPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY

Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 1,912,356
Registered Aug. 15, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: SUNGLASSES AND EYE GLASS
CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 2-27-1994; IN COMMERCE
2-27-1994.
OWNER OF U.S. REG. NOS. 1,745,875,
1,832,816, AND OTHERS.

SN 74-473,845, FILED 12-22-1993.

CARYN HINES, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,950,476* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 23, 1996*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 23, 2006*
SECTION 8
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:

    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,950,476

## United States Patent and Trademark Office

Registered Jan. 23, 1996

### TRADEMARK
### PRINCIPAL REGISTER

# GAP ATHLETIC

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY SWEATPANTS,
SWEATSHIRTS, T-SHIRTS, ~~SHORTS, TANK
TOPS, LEGGINGS, BICYCLE SHORTS,~~ JACK-
ETS, ~~GYM SHORTS, LEOTARDS, SPORTS
BRAS, BRIEFS, UNITARDS,~~ SOCKS, ~~HEAD~~

~~BANDS, AND SHOES,~~ IN CLASS 25 (U.S. CL.
39).
FIRST USE 3–16–1994; IN COMMERCE
3–16–1994.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ATHLETIC", APART FROM
THE MARK AS SHOWN.

SER. NO. 74–557,914, FILED 8–5–1994.

JEFFREY LOOK, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 29, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,829,759* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 05, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *April 05, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL) , LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer



Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

## United States Patent and Trademark Office

Reg. No. 1,829,759
Registered Apr. 5, 1994

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

<sub>b</sub> G <sub>a</sub> A <sub>b</sub> P <sub>y</sub>

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SHIRTS,
PANTS, SHORTS, JACKETS, ROMPERS AND
OTHER ONE-PIECE GARMENTS, DRESSES,
JUMPERS, SWEATERS, DIAPER COVERS,
OVERALLS, HATS, SOCKS, BOOTIES, TIGHTS
AND HEADWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1992; IN COMMERCE
6-0-1992.

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 6-0-1992; IN COMMERCE
6-0-1992.

OWNER OF U.S. REG. NOS. 944,941, 1,675,154,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE
MARK AS SHOWN.

SN 74-801,477, FILED 3-13-1992.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,856,136* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 27, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *September 27, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

   *GAP (APPAREL), LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer



Int. Cls.: 25 and 42

Prior U.S. Cls.: 39 and 101

**Reg. No. 1,856,136**

# United States Patent and Trademark Office

Registered Sep. 27, 1994

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING; NAMELY, SHIRTS,
PANTS, SHORTS, JACKETS, ROMPERS AND
OTHER ONE-PIECE GARMENTS, DRESSES,
JUMPERS, SWEATERS, DIAPER COVERS,
OVERALLS, HATS, SOCKS, BOOTIES, TIGHTS
AND HEADWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 11-0-1992; IN COMMERCE
11-0-1992.

FOR: RETAIL CLOTHING STORE SERV-
ICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 11-0-1992; IN COMMERCE
11-0-1992.

OWNER OF U.S. REG. NOS. 944,941, 1,675,154,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE
MARK AS SHOWN.
THE MARK IS LINED FOR THE COLOR
BLUE AND BLUE IS CLAIMED AS PART OF
THE MARK.

SN 74-801,478, FILED 3-13-1992.

DARLENE BULLOCK, EXAMINING ATTOR-
NEY



1613179

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,003,751* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 24, 1996*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *September 24, 2006*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 021*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY OF THE  UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cls.: 3, 4 and 21

Prior U.S. Cls.: 1, 2, 4, 6, 13, 15, 23, 29, 30, 33, 40, 50, 51 and 52

Reg. No. 2,003,751

## United States Patent and Trademark Office

Registered Sep. 24, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: SHAMPOO, SHOWER GEL, BATH
SALT, TOILET WATER, LIP BALM, HAIR
CONDITIONER, MOISTURIZING BODY
LOTION, SOAP, SUNSCREEN, POT POURRI, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11–1–1994; IN COMMERCE
11–1–1994.

FOR: AROMATIC CANDLES, IN CLASS 4
(U.S. CLS. 1, 6 AND 15).

FIRST USE 11–1–1994; IN COMMERCE
11–1–1994.

FOR: TOOTH BRUSHES, SEA SPONGES FOR
PERSONAL USE, COTTON SWAB HOLDERS,
SOAP HOLDERS, NAIL BRUSHES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11–1–1994; IN COMMERCE
11–1–1994.

OWNER OF U.S. REG. NOS. 944,941, 1,675,154,
AND OTHERS.

SN 75–975,336, FILED 4–7–1994.

G. MAYERSCHOFF, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,006,270 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 08, 1996*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *October 08, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*GAP (APPAREL), LLC*
*A LIMITED QLIABILITY COMPANY OF THE UNITED STATES*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cls.: 3 and 4

Prior U.S. Cls.: 1, 4, 6, 15, 50, 51 and 52

Reg. No. 2,006,270

## United States Patent and Trademark Office

Registered Oct. 8, 1996

### TRADEMARK
### PRINCIPAL REGISTER

### GAP SCENTS

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
ONE HARRISON STREET
SAN FRANCISCO, CA 94105

FOR: HAIR SHAMPOO, HAIR CONDITION-
ER, SKIN SOAP, SHOWER GEL, SHAVING
GEL, BATH SALTS, TOILET WATER, AND
BODY AND SKIN LOTION, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 11-1-1994; IN COMMERCE
11-1-1994.

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6
AND 15).
FIRST USE 11-1-1994; IN COMMERCE
11-1-1994.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SCENTS", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-019,039, FILED 11-14-1995.

STEVEN R. FOSTER, EXAMINING ATTORNEY