

1613179

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,020,312 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 03, 1996*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 03, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,020,312
Registered Dec. 3, 1996

### SERVICE MARK
### PRINCIPAL REGISTER

## GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE SERVICES IN THE
FIELD OF CLOTHING AND CLOTHING AC-
CESSORIES, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 7-23-1988; IN COMMERCE
7-23-1988.

OWNER OF U.S. REG. NOS. 944,941, 1,675,154
AND OTHERS.

SER. NO. 74-682,387, FILED 5-31-1995.

STEVEN R. FOSTER, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,020,323 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 03, 1996*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 03, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*GAP (APPAREL), LLC*
*A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,020,323

## United States Patent and Trademark Office

Registered Dec. 3, 1996

### SERVICE MARK
#### PRINCIPAL REGISTER

## GAP OUTLET

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE SERVICES IN THE
FIELD OF CLOTHING AND CLOTHING AC-
CESSORIES, IN CLASS 42 (U.S. CLS. 100 AND
101).
FIRST USE 4–3–1995; IN COMMERCE
4–3–1995.

OWNER OF U.S. REG. NOS. 944,941, 1,675,154
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "OUTLET", APART FROM
THE MARK AS SHOWN.

SER. NO. 74–685,516, FILED 6–7–1995.

STEVEN R. FOSTER, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,049,950 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 01, 1997*
*SECTION 8*
SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,049,950

## United States Patent and Trademark Office

Registered Apr. 1, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## GAP

GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA. 94066

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-0-1996; IN COMMERCE
2-0-1996.

SN 75-001,203, FILED 10-3-1995.

STEVEN R. FOSTER, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,146,558 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *March 24, 1998*
*SECTION 8*
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer



Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,146,558

## United States Patent and Trademark Office

Registered Mar. 24, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## GAP

GAP (APPAREL) INC. (CALIFORNIA CORPO-
RATION)
ONE HARRISON STREET
SAN FRANCISCO, CA 94105

FOR: JEWELRY, NAMELY, WATCHES, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 11–25–1996; IN COMMERCE
11–25–1996.
OWNER OF U.S. REG. NOS. 180,820, 2,020,312
AND OTHERS.

SER. NO. 75–333,289, FILED 7–30–1997.

ANIL V. GEORGE, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 26, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,176,915 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 28, 1998*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



N. WILLIAMS

Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,176,915

Registered July 28, 1998

## SERVICE MARK
**PRINCIPAL REGISTER**

## BABY GAP

GAP (APPAREL) INC. (CALIFORNIA CORPO-
RATION)
ONE HARRISON STREET
SAN FRANCISCO, CA 94105

FOR: RETAIL STORE SERVICES IN THE
FIELD OF CLOTHING, CLOTHING ACCESSO-
RIES, BEDDING AND TOYS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 1–29–1990; IN COMMERCE
2–6–1990.
OWNER OF U.S. REG. NOS. 1,671,790, 1,906,665
AND OTHERS.

SER. NO. 75–339,086, FILED 8–11–1997.

ANGELA LYKOS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,341,527* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *April 11, 2000*
*SECTION 8 & 15*
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*W. Montgomery*
W. MONTGOMERY
Certifying Officer



Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,341,527

Registered Apr. 11, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## GAP

GAP (APPAREL) INC. (CALIFORNIA CORPO-
RATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: BED BLANKETS, THROW BLANKETS,
BED SHEETS, BED LINENS, PILLOW CASES,
QUILTS, COMFORTERS, TOWELS, BATH-
ROOM LINENS, IN CLASS 24 (U.S. CLS. 42
AND 50).

FIRST USE 12–2–1996; IN COMMERCE
12–2–1996.

OWNER OF U.S. REG. NOS. 1,129,294, 1,406,870
AND OTHERS.

SER. NO. 75–756,945, FILED 7–21–1999.

ANDREW A. ROPPEL, EXAMINING ATTOR-
NEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,356,121 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 06, 2000*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,356,121

## United States Patent and Trademark Office

Registered June 6, 2000

### SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

　　FOR: RETAIL STORE SERVICES IN THE FIELD
OF PERSONAL CARE PRODUCTS, LINGERIE BATH
AND BEDROOM LINENS, AND BATHROOM AND

BEDROOM ACCESSORIES, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).
　　FIRST USE 8–6–1998; IN COMMERCE 8–6–1998.
　　OWNER OF U.S. REG. NOS. 1,129,294, 2,006,270,
AND OTHERS.

　　SN 75–523,301, FILED 7–22–1998.

MATTHEW KLINE, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,431,833 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 27, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY UNITED STATES*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE

Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,431,833

Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: ANORAKS, SHORTALLS, JEANS, KHAKI PANTS, TROUSERS, FLEECE TOPS, COATS, RAINWEAR, SHAWLS, LINGERIE, ROBES, SLEEPWEAR, PAJAMAS AND NIGHTGOWNS, BRASSIERES, UNDERWEAR, SHAPERS, UNDERGARMENTS, BOXER SHORTS, SPORT BRAS, GYM SHORTS, CAMISOLES, SLIPS, BODYSUITS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, TANKINIS, BIKINIS, BATHING SUITS, SWIM TRUNKS, LEGGINGS, SLIPPERS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12–0–1988; IN COMMERCE 12–0–1988.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

THE COLOR BLUE AS A FEATURE OF THE MARK. THE INTERIOR OF THE BOX AND THE BOX ITSELF ARE COLORED BLUE, EXCEPT FOR THE WORD "GAP" WHICH IS IN THE COLOR WHITE.

SER. NO. 76–037,689, FILED 5–1–2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,431,834 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 27, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

Reg. No. 2,431,834

## United States Patent and Trademark Office

Registered Feb. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

    FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND
15).

FIRST USE 10–1–1998; IN COMMERCE 10–1–1998.
OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175
AND OTHERS.

    SER. NO. 76–037,690, FILED 5–1–2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,431,835 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.


REGISTERED FOR A TERM OF *10* YEARS FROM   *February 27, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:   *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE

Certifying Officer



Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

Reg. No. 2,431,835

## United States Patent and Trademark Office

Registered Feb. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND
15).
FIRST USE 10-1-1998; IN COMMERCE 10-1-1998.
OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175
AND OTHERS.

THE COLOR BLUE AS A FEATURE OF THE
MARK. THE INTERIOR OF THE BOX AND THE
BOX ITSELF ARE COLORED BLUE, EXCEPT FOR
THE WORD "GAP" WHICH IS IN THE COLOR
WHITE.

SER. NO. 76-037,691, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,481,933* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,481,933

Registered Aug. 28, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED
ONLINE RETAIL STORE SERVICES IN THE FIELDS
OF CLOTHING, CLOTHING ACCESSORIES, SHOES
AND SLIPPERS, HAIR ACCESSORIES, JEWELRY,
LEATHERS GOODS, LUGGAGE AND BAGS, ELEC-
TRONIC PRODUCTS, CALCULATORS, WATCHES
AND SPORT TIMERS, TOYS, STATIONERY, SOU-
VENIR ITEMS AND HOLIDAY GIFT SETS, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST
AND GIFT SELECTION SERVICES, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

THE COLOR BLUE AS FEATURE OF THE MARK.
THE INTERIOR OF THE BOX AND THE BOX
ITSELF ARE COLORED BLUE, EXCEPT FOR THE
WORDS "GAP KIDS" WHICH IS IN THE COLOR
WHITE.

SER. NO. 76-014,965, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,934 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10 YEARS* FROM  *August 28, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A CA LLC*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

E. BORNETT

Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,481,934
Registered Aug. 28, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED
ONLINE RETAIL STORE SERVICES IN THE FIELDS
OF CLOTHING, CLOTHING ACCESSORIES, SHOES
AND SLIPPERS, HAIR ACCESSORIES, JEWELRY,
LEATHER GOODS, LUGGAGE AND BAGS, ELEC-
TRONIC PRODUCTS, CALCULATORS, WATCHES
AND SPORT TIMERS, TOYS, STATIONERY, SOU-
VENIR ITEMS AND HOLIDAY GIFT SETS, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST
AND GIFT SELECTION SERVICES, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

SER. NO. 76-014,967, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY