

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,935 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,481,935
Registered Aug. 28, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

### BABY GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES, SUNGLASSES, LEATHER GOODS, BAGS, TOYS, BABY LINEN, BLANKETS, BEDDING, SOUVENIR ITEMS, AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-29-1990; IN COMMERCE 1-29-1990.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST AND GIFT SELECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,746,201, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-014,968, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,936 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
  **GAP (APPAREL), LLC**
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,481,936

**United States Patent and Trademark Office**   Registered Aug. 28, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES, SUNGLASSES, LEATHER GOODS, TOYS, BABY LINENS, BLANKETS, AND BEDDING, SOUVENIR ITEMS AND HOLIDAY GIFTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-1991; IN COMMERCE 8-1-1991.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST AND GIFT SELECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,746,201, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

THE COLOR BLUE AS A FEATURE OF THE MARK.

THE INTERIOR OF THE BOX AND THE BOX ITSELF ARE COLORED BLUE, EXCEPT FOR THE WORDS "BABY GAP" WHICH IS IN THE COLOR WHITE.

SER. NO. 76-014,969, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,937 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM August 28, 2001

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,481,937
Registered Aug. 28, 2001

## SERVICE MARK
## PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES AND SLIPPERS, HAIR ACCESSORIES, JEWELRY, LEATHER GOODS, LUGGAGE AND BAGS, ELECTRONIC PRODUCTS, CALCULATORS, WATCHES AND SPORT TIMERS, TOYS, STATIONERY, SOUVENIR ITEMS AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-1991; IN COMMERCE 8-1-1991.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST AND GIFT SELECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,746,201, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-014,971, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,995 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*GAP (APPAREL), LLC*
*AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,481,995
Registered Aug. 28, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING NAMELY BIBS, BONNETS, CAPS, OVERALLS, BODYSUITS, T-SHIRTS, CARDIGANS, SWIMWEAR, PAJAMAS, SLEEPWEAR, NEWBORN AND INFANT WEAR, FLEECE TOPS, APRONS, MITTENS, COATS, JACKETS, SWEAT PANTS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1992; IN COMMERCE 6-0-1992.

OWNER OF U.S. REG. NOS. 1,675,154, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-037,684, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,996 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,481,996

**United States Patent and Trademark Office** Registered Aug. 28, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY SHIRTS, PANTS, SHORTS, JACKETS, ROMPERS, INFANTWEAR, DRESSES, JUMPERS, SWEATERS, DIAPER COVERS, OVERALLS, SOCKS, BOOTIES, TIGHTS, HEADWEAR, SHOES, BIBS, HATS, CAPS, BONNETS, OVERALLS, BODYSUITS, T-SHIRTS, CARDIGANS, SWIMWEAR, PAJAMAS, SLEEPWEAR, NEWBORN AND INFANT WEAR, FLEECE TOPS, APRONS, MITTENS, COATS, JACKETS, SWEAT PANTS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

OWNER OF U.S. REG. NOS. 1,675,154, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

THE INTERIOR OF THE BOX AND THE BOX ITSELF ARE COLORED BLUE, EXCEPT FOR THE WORDS "BABY GAP" WHICH ARE IN THE COLOR WHITE. THE COLOR BLUE IS A FEATURE OF THE MARK.

SER. NO. 76-037,686, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA
## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,481,997 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   August 28, 2001

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 2,481,997

United States Patent and Trademark Office  Registered Aug. 28, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COLOGNE, EAU DE TOILETTE, PERFUME, SHOWER GEL, MOISTURIZING FACE AND BODY LOTION, HAND LOTION, HAND AND BODY SOAP, LIQUID HAND SOAP, INCENSE, FRAGRANCE BALM, MAKE-UP, BLUSH, ROUGE, FACE POWDER, FACE LOTION AND CREAM, MASCARA, EYE SHADOW, EYE MAKE-UP, EYELINER, EYEBROW PENCIL, EYE BALM, NAIL POLISH, LIPSTICK, LIP GLOSS, LIP LINER, LIP LACQUER, LIP BALM, BUBBLE BATH, BATH BEADS, BATH BOMBS, BATH AND SHOWER GEL, FACE AND BODY SCRUB, BODY MIST, BODY SHIMMER, AROMATHERAPY, BATH SALTS AND SOAPS, SKIN MOISTURIZER, FOOT LOTION, SOAP, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

SER. NO. 76-037,692, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 29, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,481,998* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 28, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL) , LLC*
*A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 2,481,998

United States Patent and Trademark Office    Registered Aug. 28, 2001

## TRADEMARK
## PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COLOGNE, EAU DE TOILETTE, PERFUME, SHOWER GEL, MOISTURIZING FACE AND BODY LOTION, HAND LOTION, HAND AND BODY SOAP, LIQUID HAND SOAP, INCENSE, FRAGRANCE BALM, MAKE-UP, BLUSH, ROUGE, FACE POWDER, FACE LOTION AND CREAM, MASCARA, EYE SHADOW, EYE MAKE-UP, EYELINER, EYEBROW PENCIL, EYE BALM, NAIL POLISH, LIPSTICK, LIP GLOSS, LIP LINER, LIP LACQUER, LIP BALM, BUBBLE BATH, BATH BEADS, BATH BOMBS, BATH AND SHOWER GEL, FACE AND BODY SCRUB, BODY MIST, BODY SHIMMER, AROMATHERAPY, BATH SALTS AND SOAPS, SKIN MOISTURIZER, FOOT LOTION, SOAP, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

THE COLOR BLUE IS A FEATURE OF THE MARK.

THE INTERIOR OF THE BOX AND THE BOX ITSELF ARE COLORED BLUE, EXCEPT FOR THE WORD "GAP" WHICH IS IN THE COLOR WHITE.

SER. NO. 76-037,693, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,482,506 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 28, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer