Int. Cl.: 4

Prior U.S. Cls.: 1, 6 and 15

**United States Patent and Trademark Office**

Reg. No. 2,482,506
Registered Aug. 28, 2001

## TRADEMARK
PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 10-1-1994; IN COMMERCE 10-1-1994.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

SER. NO. 76-206,087, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,496,372 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM October 09, 2001

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,496,372
Registered Oct. 9, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRINO, CA 94066

FOR: CLOTHING, NAMELY, DRESSES, SKIRTS, SWEATERS, JEANS, VESTS, JACKETS, OVERALLS, JUMPERS, T-SHIRTS, HATS, SHIRTS, BLOUSES, GLOVES, AND SHOES; ANORAKS, SHORTALLS, TROUSERS, KHAKI PANTS, CARGO PANTS, FLEECE TOPS, COATS, RAINWEAR, ROBES, BRASSIERES, UNDERWEAR, UNDERGARMENTS, BOXER SHORTS, GYM SHORTS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, BATHING SUITS, SWIM TRUNKS; SLEEPWEAR, PAJAMAS AND NIGHTGOWNS; HOSIERY, SOCKS, LEGGINGS, SLIPPERS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1992; IN COMMERCE 1-3-1992.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-206,083, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,496,373 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   October 09, 2001
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,496,373

**United States Patent and Trademark Office**    Registered Oct. 9, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

   FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, PERSONAL CARE PRODUCTS, SUNGLASSES, LINGERIE, SHOES, LEATHER GOODS, LUGGAGE AND BAGS, ELECTRONIC PRODUCTS, HOME, BED AND BATH PRODUCTS, SOUVENIR ITEMS AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

   FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

   OWNER OF U.S. REG. NOS. 2,020,312, 2,356,121 AND OTHERS.

   SER. NO. 76-206,156, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,497,963 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   October 16, 2001

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office





L. EDELEN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,497,963
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY SHIRTS, PANTS, SHORTS, JACKETS, ROMPERS, INFANTWEAR, DRESSES, JUMPERS, SWEATERS, DIAPER COVERS, OVERALLS, SOCKS, BOOTIES, TIGHTS, HEADWEAR, SHOES, BIBS, HATS, CAPS, BONNETS, OVERALLS, BODYSUITS, T-SHIRTS, CARDIGANS, SWIMWEAR, PAJAMAS, SLEEPWEAR, NEWBORN AND INFANT WEAR, FLEECE TOPS, APRONS, MITTENS, COATS, JACKETS, SWEAT PANTS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

OWNER OF U.S. REG. NOS. 1,675,154, 2,176,915 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-037,685, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,498,432 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM    October 16, 2001

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Reg. No. 2,498,432
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### GAP KIDS

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: TOTE BAGS, DUFFEL BAGS, BACKPACKS, BIKE BAGS, HANDBAGS; LUGGAGE, PURSES, COIN PURSES, COSMETIC BAGS, WALLETS, CARD CASES, KEY CASES, MESSENGER BAGS, BOOK BAGS, BEACH BAGS, GYM BAGS, ALL PURPOSE SPORT BAGS, SLING BAGS, WAIST PACKS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-206,084, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



### THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,498,434 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 16, 2001*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office


T. WALLACE
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,498,434
Registered Oct. 16, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## GAP BODY

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE SERVICES IN THE FIELDS OF PERSONAL CARE PRODUCTS, INTIMATES AND LINGERIE, HOME, BED AND BATH PRODUCTS AND ACCESSORIES, AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-6-1998; IN COMMERCE 8-6-1998.

OWNER OF U.S. REG. NOS. 2,020,323 AND 2,356,121.

SER. NO. 76-206,161, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,500,467 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 23, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
  GAP (APPAREL), LLC
  A LIMITED LIABILITY COMPANY OF THE UNITED STATES

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,500,467

United States Patent and Trademark Office    Registered Oct. 23, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: TOTE BAGS, DUFFEL BAGS, BACKPACKS, BIKE BAGS, HANDBAGS; LUGGAGE, PURSES, COIN PURSES, COSMETIC BAGS, WALLETS, CARD CASES, KEY CASES, MESSENGER BAGS, BOOK BAGS, BEACH BAGS, GYM BAGS, ALL PURPOSE SPORT BAGS, SLING BAGS, WAIST PACKS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

SER. NO. 76-205,900, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY