

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,500,468 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   October 23, 2001
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   GAP (APPAREL), LLC
   A LIMITED LIABILITY COMPANY UNITED STATES

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE
Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,500,468
Registered Oct. 23, 2001

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES AND SLIPPERS, HAIR ACCESSORIES, JEWELRY, LEATHER GOODS, ELECTRONIC PRODUCTS, CALCULATORS, WATCHES AND SPORT TIMERS, TOYS, STATIONERY, SOUVENIR ITEMS, HOLIDAY GIFT SETS, PERSONAL CARE PRODUCTS, PAPER GOODS, LUGGAGE AND BAGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-206,086, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,501,641 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *October 30, 2001*
SAID RECORDS SHOW TITLE TO BE IN: *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer



Int. Cls.: **35 and 42**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **2,501,641**
Registered **Oct. 30, 2001**

## SERVICE MARK
## PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: RETAIL STORE AND COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES AND SLIPPERS, HAIR ACCESSORIES, JEWELRY, LEATHER GOODS, LUGGAGE AND BAGS, ELECTRONIC PRODUCTS, CALCULATORS, WATCHES AND SPORT TIMERS, TOYS, STATIONERY, SOUVENIR ITEMS AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST AND GIFT SELECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-014,966, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 29, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,501,642 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *October 30, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPPAREL), LLC*
  *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

Int. Cls.: **35 and 42**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **2,501,642**
Registered Oct. 30, 2001

## SERVICE MARK
## PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

  FOR: RETAIL STORE AND COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES AND SLIPPERS, HAIR ACCESSORIES, JEWELRY, LEATHER GOODS, LUGGAGE AND BAGS, ELECTRONIC PRODUCTS, CALCULATORS, WATCHES AND SPORT TIMERS, TOYS, STATIONERY, SOUVENIR ITEMS AND HOLIDAY GIFT SETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

  FIRST USE 8-1-1991; IN COMMERCE 8-1-1991.

  FOR: COMPUTERIZED ONLINE GIFT WISH LIST AND GIFT SELECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

  FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

  OWNER OF U.S. REG. NOS. 1,746,201, 2,176,915 AND OTHERS.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

  SER. NO. 76-014,970, FILED 3-31-2000.

  SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,512,889 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *November 27, 2001*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,512,889
Registered Nov. 27, 2001

## SERVICE MARK
PRINCIPAL REGISTER

### GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COMPUTERIZED ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, SHOES AND SLIPPERS, LEATHER GOODS, LUGGAGE AND BAGS, SOUVENIR ITEMS AND GIFT SETS, PROVIDING GIFT, PRODUCT, PERSONAL CARE PRODUCTS AND INFORMATION TO CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-4-1997; IN COMMERCE 11-4-1997.

SER. NO. 78-055,495, FILED 3-28-2001.

DAVID TAYLOR, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,526,898 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 08, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,526,898
Registered Jan. 8, 2002

## TRADEMARK
PRINCIPAL REGISTER

### BABY GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING NAMELY, CLOTH BIBS, BONNETS, CAPS, OVERALLS, BODYSUITS, T-SHIRTS, CARDIGANS, SWIMWEAR, PAJAMAS, SLEEPWEAR, NEWBORN AND INFANT WEAR, FLEECE TOPS, APRONS, MITTENS, COATS, JACKETS, SWEAT PANTS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-29-1990; IN COMMERCE 2-6-1990.

OWNER OF U.S. REG. NOS. 217,695, 1,829,759 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-037,687, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 05, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,527,652 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM January 08, 2002

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,527,652
Registered Jan. 8, 2002

## TRADEMARK
PRINCIPAL REGISTER

### GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: LUGGAGE, PURSES, COIN PURSES, COSMETIC BAGS SOLD EMPTY, WALLETS, MESSENGER BAGS, BOOK BAGS, BEACH BAGS, GYM BAGS, ALL PURPOSE SPORT BAGS, SLING PACKS, WAIST PACKS, UMBRELLAS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175 AND OTHERS.

SER. NO. 78-059,201, FILED 4-19-2001.

BRETT J. GOLDEN, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA
## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,528,640 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 08, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,528,640
Registered Jan. 8, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

### GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CREDIT CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-29-2000; IN COMMERCE 8-29-2000.

OWNER OF U.S. REG. NOS. 1,097,038, 2,006,270, AND OTHERS.

SN 76-079,985, FILED 6-29-2000.

DAVID MURRAY, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 25, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,532,258 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *January 22, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

