Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,532,258
Registered Jan. 22, 2002

## TRADEMARK
## PRINCIPAL REGISTER

# GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COLOGNE, EAU DE TOILETTE, SHOWER
GEL, MOISTURIZING LOTION, HAND AND BODY
SOAP, LIQUID HAND SOAP, INCENSE, FRA-
GRANCE BALM; MAKE-UP, BLUSH, ROUGE,
FACE POWDER, EYE SHADOW, EYE MAKE-UP,
EYELINER, NAIL POLISH, LIP GLOSS, LIPSTICK,
LIP LINER, LIP BALM, BUBBLE BATH, BATH
BEADS, BATH BOMBS, BATH AND SHOWER GEL,
BATH POWDER, FACIAL SCRUB, FOOT SCRUB,

SKIN MOISTURIZER, FOOT LOTION, SOAP, ARO-
MATHERAPY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 4-15-1995; IN COMMERCE 4-15-1995.

OWNER OF U.S. REG. NOS. 1,808,207, 2,070,168
AND OTHERS.

SER. NO. 78-059,262, FILED 4-19-2001.

ALLISON HOLTZ, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,564,610 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *April 23, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,564,610

## United States Patent and Trademark Office

Registered Apr. 23, 2002

SERVICE MARK
PRINCIPAL REGISTER

## GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: MAIL ORDER CATALOG SERVICES IN
THE FIELDS OF CLOTHING, CLOTHING ACCES-
SORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-26-2001; IN COMMERCE 11-26-2001.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175,
AND OTHERS.

SN 76-206,165, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,578,821 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 11, 2002*
SAID RECORDS SHOW TITLE TO BE IN:  *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE

Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,578,821

Registered June 11, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CLOTHING, NAMELY, DRESSES, SKIRTS,
SWEATERS, JEANS, VESTS, JACKETS, OVERALLS,
JUMPERS, T-SHIRTS, HATS, SHIRTS, BLOUSES,
GLOVES, AND SHOES; ANORAKS, SHORTALLS,
TROUSERS, KHAKI PANTS, CARGO PANTS,
FLEECE TOPS, COATS, RAINWEAR, ROBES, BRAS-
SIERES, UNDERWEAR, UNDERGARMENTS, BOX-
ER SHORTS, GYM SHORTS, TANK TOPS,
SWEATSHIRTS, SWEAT PANTS, BATHING SUITS,
SWIM TRUNKS; SLEEPWEAR, PAJAMAS AND
NIGHTGOWNS; HOSIERY, LEGGINGS, SLIPPERS,
CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1992; IN COMMERCE 1-3-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-059,274, FILED 4-19-2001.

ARETHA MASTERSON, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 25, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,589,834* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 02, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL) , LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,589,834
Registered July 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: CATALOGS IN THE FIELDS OF CLOTH-
ING, CLOTHING ACCESSORIES, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-26-2001; IN COMMERCE 11-26-2001.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175,
AND OTHERS.

SN 76-206,166, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,638,121 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 22, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifyiug Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,638,121
Registered Oct. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: ANORAKS, SHORTALLS, JEANS, KHAKI
PANTS, TROUSERS, FLEECE TOPS, COATS, RAIN-
WEAR, SHAWLS, LINGERIE, ROBES, SLEEPWEAR,
PAJAMAS AND NIGHTGOWNS, BRASSIERES, UN-
DERWEAR, SHAPERS, UNDERGARMENTS, BOX-
ER SHORTS, SPORT BRAS, GYM SHORTS,
CAMISOLES, SLIPS, BODYSUITS, TANK TOPS,
SWEATSHIRTS, SWEAT PANTS, TANKINIS, BIKI-
NIS, BATHING SUITS, SWIM TRUNKS, LEGGINGS,
SLIPPERS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1988; IN COMMERCE 12-0-1988.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175
AND OTHERS.

SER. NO. 76-037,688, FILED 5-1-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,659,476* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 10, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,659,476

## United States Patent and Trademark Office

Registered Dec. 10, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: ANORAKS, SHORTALLS, TROUSERS, KHAKI PANTS, CARGO PANTS, FLEECE TOPS, COATS, RAINWEAR, SHAWLS; LINGERIE, ROBES, BRASSIERES, UNDERWEAR, SHAPEWEAR, UN-DERGARMENTS, BOXER SHORTS, SPORT BRAS, GYM SHORTS, CAMISOLES, SLIPS, BODYSUITS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, TAN-KINIS, BATHING SUITS, SWIM TRUNKS; SLEEP-WEAR, PAJAMAS AND NIGHTGOWNS; TIES,

HOSIERY, LEGGINGS, SLIPPERS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-1988; IN COMMERCE 12-1-1988.

OWNER OF U.S. REG. NOS. 944,941, 2,431,833 AND OTHERS.

SER. NO. 78-061,307, FILED 5-1-2001.

APRIL L. RADEMACHER, EXAMINING ATTOR-NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,667,661 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 31, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,667,661
Registered Dec. 31, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## GAP KIDS

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: RETAIL STORE SERVICES IN THE FIELDS
OF CLOTHING, CLOTHING ACCESSORIES, SHOES
AND SLIPPERS, HAIR ACCESSORIES, JEWELRY,
LEATHER GOODS, LUGGAGE AND BAGS, ELEC-
TRONIC PRODUCTS, CALCULATORS, WATCHES
AND SPORT TIMERS, TOYS, STATIONERY, SOU-
VENIR ITEMS AND HOLIDAY GIFT SETS; COM-
PUTERIZED ONLINE RETAIL STORE SERVICES IN
THE FIELD OF CLOTHING, CLOTHING ACCES-
SORIES, SHOES AND SLIPPERS, HAIR ACCESSOR-
IES, LEATHER GOODS, LUGGAGE AND BAGS,
ELECTRONIC PRODUCTS, CALCULATORS,
WATCHES AND SPORT TIMERS, TOYS, SOUVENIR
ITEMS, AND HOLIDAY GIFT SETS, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 3-24-1986; IN COMMERCE 3-24-1986.

FOR: COMPUTERIZED ONLINE GIFT WISH LIST
AND GIFT SELECTION SERVICES, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

SER. NO. 76-014,928, FILED 3-31-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY