

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,668,050* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 31, 2002*
SAID RECORDS SHOW TITLE TO BE IN:   *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE

Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,668,050
Registered Dec. 31, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## GAP BODY

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: LINGERIE, ROBES, BRASSIERES, UNDER-
WEAR; SHAPEWEAR, NAMELY, CONTROL PAN-
TIES, CONTROL SLIPS AND CONTROL
GARMENTS, NAMELY, CONTROL FULL AND
HALF SLIPS, BIKER SHORTS AND LINGERIE;
UNDERGARMENTS, BOXER SHORTS, SPORT
BRAS, GYM SHORTS, CAMISOLES, SLIPS, BODY-
SUITS, TANK TOPS, SWEATSHIRTS, SWEAT
PANTS, TANKINIS, BATHING SUITS, SWIM

TRUNKS; SLEEPWEAR, PAJAMAS AND NIGHT-
GOWNS; HOSIERY, LEGGINGS, SLIPPERS, SOCKS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-4-2000; IN COMMERCE 7-4-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BODY", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-206,159, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,668,051* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 31, 2002*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

**L. EDELEN**
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,668,051
Registered Dec. 31, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: LINGERIE, ROBES, BRASSIERES, UNDER-WEAR; SHAPEWEAR, NAMELY, CONTROL PAN-TIES, CONTROL SLIPS AND CONTROL GARMENTS, NAMELY, CONTROL FULL AND HALF SLIPS, BIKER SHORTS AND LINGERIE; UNDERGARMENTS, BOXER SHORTS, SPORT BRAS, GYM SHORTS, CAMISOLES, SLIPS, BODY-SUITS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, TANKINIS, BATHING SUITS, SWIM

TRUNKS; SLEEPWEAR, PAJAMAS AND NIGHT-GOWNS; HOSIERY, LEGGINGS, SLIPPERS, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-4-2000; IN COMMERCE 7-4-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BODY", APART FROM THE MARK AS SHOWN.

SER. NO. 76-206,160, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,669,157
Registered Dec. 31, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COMPUTERIZED ONLINE RETAIL STORE
SERVICES IN THE FIELD OF CLOTHING, CLOTH-
ING ACCESSORIES, SHOES AND SANDALS, LEA-
THER GOODS, BAGS; ELECTRONIC PRODUCTS,
CALCULATORS, WATCHES, TOYS, GIFT SETS,
PROVIDING GIFT, PRODUCT AND SERVICE IN-
FORMATION TO CUSTOMERS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 11-2-1998; IN COMMERCE 11-2-1998.

OWNER OF U.S. REG. NOS. 1,416,058, 1,750,214
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-059,250, FILED 4-19-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



1613179

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,677,243 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 21, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,677,243

## United States Patent and Trademark Office

Registered Jan. 21, 2003

### SERVICE MARK
#### PRINCIPAL REGISTER

## GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

OWNER OF U.S. REG. NOS. 1,406,870, 1,708,644,
AND 1,861,981.

FOR: CHARITABLE SERVICES, NAMELY SPON-
SORSHIP OF CHARITABLE AND PHILANTHROPIC
EVENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

SER. NO. 76-350,836, FILED 12-13-2001.

FIRST USE 4-18-1984; IN COMMERCE 4-18-1984.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,687,233 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *February 11, 2003*
SAID RECORDS SHOW TITLE TO BE IN:  *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE
Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,687,233
Registered Feb. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: MAIL ORDER CATALOG SERVICES IN THE FIELDS OF CLOTHING, CLOTHING ACCESSORIES, HOME AND BATH PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-26-2001; IN COMMERCE 11-26-2001.

OWNER OF U.S. REG. NOS. 1,097,038, 2,293,175, AND OTHERS.

APPLICANT CLAIMS THE COLOR BLUE AS A FEATURE OF THE MARK. THE INTERIOR OF THE BOX AND THE BOX ITSELF ARE COLORED BLUE EXCEPT FOR THE WORD "GAP" WHICH IS IN THE COLOR WHITE.

SN 76-206,164, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,700,564* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *March 25, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
 *GAP (APPAREL), LLC*
 *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42 and 50

Reg. No. 2,700,564

## United States Patent and Trademark Office

Registered Mar. 25, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

### GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: HAIR ACCESSORIES, NAMELY HAIR
BANDS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-2002; IN COMMERCE 4-0-2002.

OWNER OF U.S. REG. NOS. 1,752,562, 1,912,356,
AND 2,003,751.

SER. NO. 78-136,949, FILED 6-19-2002.

STEVEN BERK, EXAMINING ATTORNEY



1613180

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,719,435 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 27, 2003*
SAID RECORDS SHOW TITLE TO BE IN:   *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*T. Wallace*

T. WALLACE

Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,719,435

## United States Patent and Trademark Office

Registered May 27, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: INTERNET RETAIL SERVICES IN THE
FIELD OF CLOTHING, CLOTHING ACCESSORIES,
PERSONAL CARE PRODUCTS, HOME PRODUCTS,
LUGGAGE AND BAGS, SOUVENIR ITEMS AND
GIFT SETS; PROVIDING GIFT, PRODUCT AND
SERVICE INFORMATION TO CUSTOMERS; ELEC-
TRONIC GIFT REGISTRY SERVICES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 11-4-1997; IN COMMERCE 11-4-1997.

OWNER OF U.S. REG. NOS. 1,745,875, 2,431,835
AND OTHERS.

THE MARK CONSISTS OF THE COLOR BLUE
WHICH IS CLAIMED AS A FEATURE OF THE
MARK; THE INTERIOR OF THE BOX AND THE
BOX ITSELF ARE COLORED BLUE, EXCEPT FOR
THE WORD "GAP" WHICH IS IN THE COLOR
WHITE.

SER. NO. 78-129,503, FILED 5-17-2002.

MICHAEL WEBSTER, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,732,265* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 01, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *AN UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER

Certifying Officer

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,732,265

## United States Patent and Trademark Office

Registered July 1, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BABY GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: BAGS, NAMELY DIAPER BAGS, TOTE
BAGS AND BACKPACKS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

OWNER OF U.S. REG. NOS. 1,675,154, 1,906,665,
AND 2,481,935.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BABY", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-158,140, FILED 8-27-2002.

DARRYL SPRUILL, EXAMINING ATTORNEY



1613180

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,740,476* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 22, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,740,476

Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORA-TION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

    FOR: TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

    FIRST USE 5-1-2001; IN COMMERCE 5-1-2001.

OWNER OF U.S. REG. NOS. 1,576,510, 2,496,373, AND 2,500,467.

    SER. NO. 78-149,488, FILED 7-31-2002.

STEVEN R. FINE, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,761,754 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *September 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A CA LLC*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



E. BORNETT
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,761,754
Registered Sep. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)

2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: HEADGEAR, NAMELY HATS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 3-27-1986; IN COMMERCE 3-27-1986.

OWNER OF U.S. REG. NOS. 1,416,058, 1,416,059,
AND 1,744,610.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "KIDS", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-129,051, FILED 5-15-2002.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-
NEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,766,797 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 23, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
   *GAP (APPAREL), LLC*
   *A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Reg. No. 2,766,797
Registered Sep. 23, 2003

TRADEMARK
PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: BAGS, NAMELY, TOTES, BACKPACKS
AND HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 1,752,562, 2,500,467,
AND 2,527,652.

THE MARK CONSISTS OF THE COLOR BLUE
WHICH IS CLAIMED AS A FEATURE OF THE
MARK; THE INTERIOR OF THE BOX AND THE
BOX ITSELF ARE COLORED BLUE, EXCEPT FOR
THE WORD "GAP" WHICH IS IN THE COLOR
WHITE.

SER. NO. 78-137,004, FILED 6-19-2002.

TARAH HARDY, EXAMINING ATTORNEY



1613180

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,772,966* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *October 14, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
    *GAP (APPAREL), LLC*
    *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P.  SWAIN
Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,772,966

Registered Oct. 14, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORA-
TION)
900 CHERRY AVENUE
SAN BRUNO, CA 94066

FOR: COMPUTERIZED ONLINE RETAIL SERVI-
CES IN THE FIELD OF CLOTHING, CLOTHING
ACCESSORIES, PERSONAL CARE PRODUCTS,
JEWELRY, HOUSEHOLD PRODUCTS FOR BED
AND BATH, HOUSEWARES, PAPER GOODS, LEA-
THER GOODS, LUGGAGE AND BAGS, SOUVENIR
ITEMS AND HOLIDAY GIFT SETS AND PROVID-
ING GIFT, PRODUCT AND SERVICE INFORMA-

TION TO CUSTOMERS IN CONNECTION
THEREWITH, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 11-4-1997; IN COMMERCE 11-4-1997.

OWNER OF U.S. REG. NOS. 944,941, 1,808,207 AND
OTHERS.

SER. NO. 76-206,157, FILED 2-6-2001.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,775,613 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 21, 2003*
SAID RECORDS SHOW TITLE TO BE IN:   *GAP (APPAREL), LLC*
*LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE

Certifying Officer



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,775,613
Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GAP BODY

GAP (APPAREL) INC. (CALIFORNIA CORPORA-TION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

    FOR: COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

    FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

OWNER OF U.S. REG. NOS. 2,356,121, 2,527,652 AND OTHERS.

SER. NO. 78-156,536, FILED 8-21-2002.

THEODORE MCBRIDE, EXAMINING ATTORNEY