

### THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,784,298 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM November 18, 2003

SAID RECORDS SHOW TITLE TO BE IN:
  GAP (APPAREL), LLC
  A CA LLC

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,784,298
Registered Nov. 18, 2003

## TRADEMARK
PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, UNDERGARMENTS, SLEEPWEAR, LOUNGEWEAR, SOCKS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-4-2000; IN COMMERCE 7-4-2000.

OWNER OF U.S. REG. NOS. 2,356,121, 2,668,051 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BODY", APART FROM THE MARK AS SHOWN.

SER. NO. 78-167,317, FILED 9-24-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,791,427 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,791,427

United States Patent and Trademark Office  Registered Dec. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: RETAIL STORE SERVICES, ONLINE RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, PERSONAL CARE PRODUCTS, SHOES AND SLIPPERS, LEATHER GOODS, BAGS, SOUVENIR ITEMS AND GIFT SETS; PROVIDING GIFT, PRODUCT AND SERVICE INFORMATION TO CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-1-1988; IN COMMERCE 12-1-1988.

OWNER OF U.S. REG. NOS. 2,431,834, 2,481,997, AND 2,638,121.

SER. NO. 78-204,191, FILED 1-16-2003.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,791,429 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,791,429
Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: BAGS, NAMELY, TOTES, BACKPACKS AND HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-1-1988; IN COMMERCE 8-1-1988.

OWNER OF U.S. REG. NOS. 2,431,834, 2,481,997, AND 2,638,121.

SER. NO. 78-204,243, FILED 1-16-2003.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,802,271 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *January 06, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 2,802,271
Registered Jan. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### GAP KIDS

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: JEWELRY, NAMELY, NECKLACES AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-0-1996; IN COMMERCE 2-0-1996.

OWNER OF U.S. REG. NOS. 1,416,059, 1,587,827, AND 1,744,610.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-143,446, FILED 7-12-2002.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,826,536 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *March 23, 2004*
SAID RECORDS SHOW TITLE TO BE IN: *GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*T. Wallace*
T. WALLACE
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,826,536
Registered Mar. 23, 2004

## TRADEMARK
PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, PANTS, SHIRTS, TEE-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-30-2003; IN COMMERCE 10-30-2003.

OWNER OF U.S. REG. NOS. 944,942, 1,055,151, AND 1,097,038.

SN 78-167,232, FILED 9-24-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,826,537 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *March 23, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
  GAP (APPAREL), LLC
  A CA LLC

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,826,537
Registered Mar. 23, 2004

TRADEMARK
PRINCIPAL REGISTER



GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, PANTS, , SHIRTS, TEE-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-30-2003; IN COMMERCE 10-30-2003.

OWNER OF U.S. REG. NOS. 944,941, 944,942, AND 1,055,151.

SN 78-167,247, FILED 9-24-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,855,822 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *June 22, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A UNITED STATES LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,855,822
Registered June 22, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### GAP

GAP (APPAREL) INC. (CALIFORNIA CORPORATION)
2 FOLSOM ST.
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, PANTS, SHORTS, SWEATPANTS, OVERALLS, SHIRTS, TEE-SHIRTS, SWEATSHIRTS, BLOUSES, JACKETS, VESTS, COATS, RAINWEAR, SHOES, LINGERIE, SLEEPWEAR, LOUNGEWEAR, SWIMWEAR, GLOVES, SOCKS, HOISERY, BELTS, SCARVES, HATS, TIES, SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-25-1974; IN COMMERCE 6-25-1974.

OWNER OF U.S. REG. NOS. 1,416,059, 1,750,214 AND OTHERS.

SER. NO. 78-078,266, FILED 8-8-2001.

TONJA GASKINS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,860,344 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 06, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
*GAP (APPAREL), LLC*
*A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,860,344
Registered July 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER



GAP (APPAREL), LLC (UNITED STATES LIMITED LIABILITY COMPANY)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, PANTS, SHORTS, SWEATPANTS, OVERALLS, SHIRTS, TEE-SHIRTS, SWEATSHIRTS, BLOUSES, SKIRTS, DRESSES, JACKETS, VESTS, COATS, RAINWEAR, SHOES, LINGERIE, SLEEPWEAR, LOUNGEWEAR, SWIMWEAR, GLOVES, SOCKS, HOSIERY, BELTS, SCARVES, HATS, TIES, SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 2,740,535, 2,784,298 AND OTHERS.

SER. NO. 78-279,628, FILED 7-28-2003.

ANDREA SAUNDERS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,913,817* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *December 21, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A LIMITED LIABILITY COMPANY OF THE UNITED STATES*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,913,817

**United States Patent and Trademark Office**   Registered Dec. 21, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, PERSONAL CARE PRODUCTS, SHOES AND SLIPPERS, HOME PRODUCTS, LEATHER GOODS, LUGGAGE AN BAGS, SOUVENIR ITEMS AND GIFT SETS; PROVIDING GIFT PRODUCT AND SERVICE INFORMATION TO PROVIDING GIFT PRODUCT AND SERVICE INFORMATION VIA TELEPHONE AND THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-13-2004; IN COMMERCE 9-13-2004.

OWNER OF U.S. REG. NOS. 944,941, 2,668,051, AND OTHERS.

SN 78-167,203, FILED 9-24-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



### THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,020,444 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM November 29, 2005
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,020,444
Registered Nov. 29, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# GAP

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: SPORTING ARTICLES, NAMELY SOCCER BALLS AND FOOTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-7-2004; IN COMMERCE 7-7-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-484,636, FILED 9-16-2004.

AMY ALFIERI, EXAMINING ATTORNEY