

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,083,713 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM April 18, 2006
SAID RECORDS SHOW TITLE TO BE IN: Registrant

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,083,713
Registered Apr. 18, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## GAP SCENT EDITIONS

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: PERFUME, EAU DE TOILETTE, EAU DE PARFUM, COLOGNE, BODY AND SKIN LOTION, BODY OIL, ESSENTIAL OILS FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-25-2005; IN COMMERCE 1-25-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 944,941, 2,532,258, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE SCENT, APART FROM THE MARK AS SHOWN.

SN 78-465,256, FILED 8-10-2004.

JENNIFER WILLISTON, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,083,714* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *April 18, 2006*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**  Reg. No. 3,083,714
Registered Apr. 18, 2006

## TRADEMARK
PRINCIPAL REGISTER

## GAP SCENT EDITIONS SUEDED MUSK

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: PERFUME, EAU DE TOILETTE, EAU DE PARFUM, COLOGNE, BODY AND SKIN LOTION, BODY OIL, ESSENTIAL OILS FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-25-2005; IN COMMERCE 1-25-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 253,258, 2,006,270, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE SCENT AND MUSK, APART FROM THE MARK AS SHOWN.

SN 78-465,262, FILED 8-10-2004.

JENNIFER WILLISTON, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA
## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,088,842* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 02, 2006*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 3,088,842

United States Patent and Trademark Office          Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# BABY GAP

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: BABY WASH, BODY LOTION, NON-MEDICATED DIAPER RASH OINTMENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-29-2005; IN COMMERCE 8-29-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,671,790, 1,906,665, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BABY", APART FROM THE MARK AS SHOWN.

SN 78-586,448, FILED 3-14-2005.

ELLEN PERKINS, EXAMINING ATTORNEY



1613185

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,105,229 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM June 13, 2006
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,105,229
Registered June 13, 2006

TRADEMARK
PRINCIPAL REGISTER

# GAP SELECT

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, SHIRTS, TEE-SHIRTS, SWEATSHIRTS, BLOUSES, JACKETS, COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2005; IN COMMERCE 4-30-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-565,544, FILED 2-11-2005.

ELLEN PERKINS, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 22, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,114,794* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 11, 2006*

SAID RECORDS SHOW TITLE TO BE IN:
  *GAP (APPAREL), LLC*
  *A UNITED STATED LIMITED LIABILITY COMPANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,114,794
Registered July 11, 2006

## TRADEMARK
PRINCIPAL REGISTER

### GAP

GAP (APPAREL), LLC (UNITED STATES LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: BINOCULARS, CALCULATORS, CD STORAGE WALLETS, PRE-RECORDED COMPACT DISCS FEATURING MUSIC, , HEADPHONES, ,SUNGLASSES, SWIM GOGGLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-30-2003; IN COMMERCE 8-30-2003.

OWNER OF U.S. REG. NOS. 1,129,294, 2,003,751, AND OTHERS.

SN 78-171,223, FILED 10-4-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 26, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,155,030* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 10, 2006*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,155,030

**United States Patent and Trademark Office**  Registered Oct. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# GAP EDITION

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, BLOUSES, SWEATERS, SWEATSHIRTS, TOPS, PANTS, SHORTS, JEANS, SKIRTS, JACKETS, BLAZERS, COATS, LOUNGEWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-24-2005; IN COMMERCE 8-24-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,406,870 AND 2,855,822.

SN 78-524,334, FILED 11-30-2004.

ALLISON HOLTZ, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 26, 2007

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,166,266* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 31, 2006*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 3,166,266

**United States Patent and Trademark Office**  Registered Oct. 31, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# GAP EDITION

GAP (APPAREL), LLC (CALIFORNIA LTD LIAB CO)
2 FOLSOM STREET
SAN FRANCISCO, CA 94105

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-24-2005; IN COMMERCE 8-24-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,512,889 AND 2,564,610.

SN 78-524,335, FILED 11-30-2004.

PAULA MAHONEY, EXAMINING ATTORNEY