UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| The Gap, Inc., and Gap (Apparel) LLC  Plaintiff, | Judge Hellerstein  07 CIV 9614  Case No. _____  **Rule 7.1 Statement** |
| -v- |  |
| G.A.P. Adventures Inc.  Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The Gap, Inc., and Gap (Apparel) LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

See attached Exhibit A.

RECEIVED OCT 29 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: October 29, 2007

_____
Signature of Attorney

Attorney Bar Code: LD 9423

# Exhibit A

## Exhibit A

| | |
|---|---|
| Banana Republic (Apparel), LLC | California |
| Banana Republic (East) L.P. | California |
| Banana Republic (Holdings), LLC | California |
| Banana Republic (ITM) Inc. | California |
| Banana Republic (Japan) Y.K. | Japan |
| Banana Republic, LLC | Delaware |
| Direct Consumer Services, LLC | California |
| F&T Services LLC | Delaware |
| Forth & Towne (Apparel) LLC | California |
| Forth & Towne (Japan) Y.K. | Tokyo, Japan |
| Forth & Towne (ITM) Inc. | California |
| Forth & Towne LLC | Delaware |
| Gap (Apparel), LLC | California |
| Gap (Canada) Inc. | Canada |
| Gap (France) S.A.S. | Paris, France |
| Gap (ITM) Inc. | California |
| Gap (Japan) K.K. | Tokyo, Japan |
| Gap (Netherlands) B.V. | Amsterdam, The Netherlands |
| Gap (Puerto Rico), Inc. | Puerto Rico |
| Gap (RHC) B.V. | Amsterdam, The Netherlands |
| Gap (Texas) L.P. | California |
| Gap (UK Holdings) Limited | England and Wales |
| Gap (UK) Limited | England and Wales |
| Gap Holdings, LLC | California |
| Gap International B.V. | Amsterdam, The Netherlands |
| Gap International Sales, Inc. | Delaware |
| Gap International Sourcing (Americas) LLC | California |
| Gap International Sourcing (California), Inc. | California |
| Gap International Sourcing (Holdings) Limited | Hong Kong |
| Gap International Sourcing (India) Private Limited | New Delhi, India |
| Gap International Sourcing (Honduras) S.A. de C.V. | Honduras |
| Gap International Sourcing (JV), LLC | California |
| Gap International Sourcing (Mexico) S.A. de C.V. | Mexico |
| Gap International Sourcing (Thailand) Limited | Thailand |
| Gap International Sourcing (U.S.A.) Inc. | California |
| Gap International Sourcing FZE | Free Zone, United Arab Emirates |
| Gap International Sourcing Limited | Hong Kong |
| Gap International Sourcing Pte. Ltd. | Singapore |
| Gap International Sourcing, Inc. | California |
| Gap International Sourcing, Srl. | Florence, Italy |
| Gap Services, Inc. | California |
| Gap Stores (Ireland) Limited | Dublin, Ireland |
| Goldhawk B.V. | Amsterdam, The Netherlands |
| GPS (Bermuda) Insurance Services Limited | Bermuda |
| GPS (Great Britain) Limited | England and Wales |
| GPS Consumer Direct, Inc. | California |
| GPS Corporate Facilities, Inc. | California |
| GPS Distribution Facilities, LLC | California |
| GPS Park Restaurant, Inc. | California |
| GPS Real Estate, Inc. | California |
| GPS Services, Inc. | California |

| | |
|---|---|
| GPS Sourcing (South Africa) (Proprietary) Limited | Durban, South Africa |
| GPS Strategic Alliances LLC | Delaware |
| GPSDC (New York) Inc. | Delaware |
| GPSV LLC | Delaware |
| Old Navy (Apparel), LLC | California |
| Old Navy (Canada) Inc. | Canada |
| Old Navy (East) L.P. | California |
| Old Navy (Holdings), LLC | California |
| Old Navy (ITM) Inc. | California |
| Old Navy (Japan) Y.K. | Japan |
| Old Navy, LLC | Delaware |
| Piperlime (Japan) G.K. | Tokyo, Japan |
| WCB Twenty-Eight Limited Partnership | Delaware |
| Gap Europe Holdings B.V. | Amsterdam, Holland |
| Gap Europe Limted | England and Wales |