UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
THE GAP, INC., and : *Filed via ECF*
GAP (APPAREL) LLC, :
: Civil Action No. 07-cv-9614
:
Plaintiffs, :
: **STIPULATION AND ORDER**
v. : **EXTENDING TIME FOR**
: **DEFENDANT TO ANSWER**
G.A.P. ADVENTURES INC. : **COMPLAINT**
:
Defendant. :
:
---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiffs The Gap, Inc. and Gap (Apparel) LLC and Defendant G.A.P. Adventures Inc., by its respective counsel, that the time in which Defendant G.A.P. Adventures Inc. has to answer, move or otherwise respond to the summons and complaint in this action, is hereby extended by a period of three (3) weeks, to December 11, 2007. This agreement was stipulated and agreed to by telephone on November 20, 2007 by Alan M. Sack, attorney for Defendant and Linda K. McLeod, attorney for Plaintiffs.

Respectfully submitted,

Dated: November 20, 2007

/Jon A. Chiodo/
Alan M. Sack (AS-8856)
HOFFMANN & BARON LLP
6900 Jericho Turnpike
Syossett, New York 11791
Phone: (516) 822-3550
Fax: (516) 822-3582
Email:
AMSDocket@hoffmannbaron.com

                                                      Jon A. Chiodo (JC-1215)  
                                                      HOFFMANN & BARON LLP  
                                                      6 Campus Drive  
                                                      Parsippany, New Jersey  07054  
                                                      Phone: (973) 331-1700  
                                                      Fax: (973) 331-1717  

                                                      ATTORNEYS FOR DEFENDANT

**SO ORDERED:**

Dated:  November __, 2007                       _____  
                                               Honorable Alvin K. Hellerstein, U.S.D.J.