UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

The Gap, Inc. and
Gap (Apparel) LLC       Plaintiff,

-against-                                    07 CIVIL 9614 (AKH)

G.A.P. Adventures, Inc.
                        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __JON ANTHONY CHIODO__

☒ **Attorney**

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __JC-1215__

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

  From: _____

  To: _____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address: __Hoffmann + Baron LLP, 6 Campus Drive, Parsippany, NJ 07054__

☐ Telephone Number: __973-331-1700__

☐ Fax Number: __973-331-1717__

☐ E-Mail Address: __jchiodo@hoffmannbaron.com__

Dated: __11/21/07__         _[signature]_