UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
                                                      :
THE GAP, INC., and                                    :
GAP (APPAREL) LLC,                                    :
                                                      :
                    Plaintiffs,                       :
                                                      :
        v.                                            :
                                                      :
G.A.P. ADVENTURES INC.                                :
                                                      :
                    Defendant                         :
                                                      :
------------------------------------------------------x
```

*VIA ECF*

CASE NO. 1:07-cv-09614-AKH

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as lead counsel in this case for Defendant G.A.P. Adventures Inc.

I certify that I am admitted to practice in this Court.

November 26, 2007                    Respectfully submitted,

/s/Alan M. Sack
Alan M. Sack (AMS-8856)
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone: (516) 822-3550
Facsimile: (516) 822-3582
E-mail: AMSDocket@hoffmannbaron.com