UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
THE GAP, INC., and                    :
GAP (APPAREL) LLC,                    :
                                      :   07-cv-9614 (AKH)
              Plaintiffs,             :
                                      :   DEFENDANT'S RULE 7.1
       v.                             :   DISCLOSURE STATEMENT
                                      :
G.A.P. ADVENTURES INC.                :
                                      :   Filed Via ECF
              Defendant.              :
-------------------------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for G.A.P. Adventures Inc. (a private non-governmental party) certifies that G.A.P. Adventures Inc. is a privately held corporation organized under the laws of Ontario, Canada, and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  December 11, 2007

s/ Alan M. Sack
Alan M. Sack (AS-8856)
HOFFMANN & BARON LLP
6900 Jericho Turnpike
Syosset, New York  11791
Phone: (516) 822-3550
Fax: (516) 822-3582

s/ Jon A. Chiodo
Jon A. Chiodo (JC-1215)
HOFFMANN & BARON LLP
6 Campus Drive
Parsippany, New Jersey  07054
Phone: (973) 331-1700
Fax: (973) 331-1717

Attorneys for Defendant,
G.A.P. Adventures Inc.