

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- X
                        :
THE GAP, INC. and                   :
GAP (APPAREL) LLC,           :           07 CIV 9614 (AKH)
                        :
         Plaintiffs,       :
                        :           **NOTICE OF MOTION FOR**
       v.                    :           **ADMISSION *PRO HAC VICE* OF**
                        :           **DAVID M. KELLY**
G.A.P. ADVENTURES INC.,   :
                        :
         Defendant.        :
                        :
------------------------------------------------------- X

       PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United

States District Courts for the Southern and Eastern Districts of New York, upon the annexed

Affidavit of Judith R. Cohen, dated December 17, 2007, and the exhibit thereto, the undersigned

moves this Court for an Order admitting David M. Kelly to the bar of this Court, *pro hac vice*, on

behalf of plaintiffs in the above-captioned matter.


Dated:   December 17, 2007
           New York, New York


                                        Respectfully submitted,

                                        By: _____
                                             Steven I. Weisburd (SW-5325)
                                             Lawrence C. Drucker (LD-9423)
                                             Judith R. Cohen (JC-8614)
                                             Dickstein Shapiro LLP
                                             1177 Avenue of the Americas
                                             New York, New York  10036-2714
                                             Telephone: (212) 277-6500
                                             Facsimile:  (212) 277-6501

                                             Attorneys for Plaintiffs The Gap,
                                             Inc. and Gap (Apparel) LLC

282937

⌂ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

THE GAP, INC. and               :
GAP (APPAREL) LLC,          :         07 CIV 9614 (AKH)

          Plaintiffs,       :

                     :         **MOTION TO ADMIT COUNSEL**

          v.             :         **PRO HAC VICE**

                     :

G.A.P. ADVENTURES INC.,   :

          Defendant.      :

                     :

------------------------------------------------------- X

        Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith R. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of DAVID M. KELLY, Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400.

        David M. Kelly is a member in good standing of the Bar of the States of Louisiana and Pennsylvania and the District of Columbia.  True and correct Certificates of Good Standing from the Bars of the States of Louisiana and Pennsylvania and the District of Columbia are attached hereto.  There are no pending disciplinary proceedings against David M. Kelly in any State or Federal Court.

282937

Dated:    December 17, 2007
          New York, New York

                              Respectfully submitted,


                              By: _____
                                   Judith R. Cohen
                                   (JC-8614)
                                   Dickstein Shapiro LLP
                                   1177 Avenue of the Americas
                                   New York, New York  10036-2714
                                   Telephone: (212) 277-6500
                                   Facsimile:  (212) 277-6501



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

DAVID M. KELLY

_____

was on the    17TH    day of        APRIL, 1987

duly  qualified  and  admitted  as  an  attorney  and  counselor  and

entitled  to  practice  before  this  Court  and  is,  on  the  date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court  at  the  City  of
> Washington,   D.C.,   on
> December 12, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>            Deputy Clerk

# 𝕷ouisiana 𝕾tate 𝕭ar 𝔄ssociation

The Louisiana State Bar Association hereby certifies that_____

Mr. David M Kelly
_____

901 New York Ave NW

whose address is_____

Washington, DC  20001-4413
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____11th_____ day of ___October_____ ___1985___ .

Given over my hand and the Seal of the Louisiana State Bar Association, this_____6th_____

day of___December_____ ___2007___ .

*Executive Director*
*Louisiana State Bar Association*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *David Michael Kelly, Esq.*

### DATE OF ADMISSION

### *October 31, 1983*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  November 20, 2007**

Patricia A. Johnson
Chief Clerk

□ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

THE GAP, INC. and
GAP (APPAREL) LLC,                                    :

                        Plaintiffs,                  :

            v.                                       :

G.A.P. ADVENTURES INC.,                              :

                        Defendant.                   :

-------------------------------------------------------- X

07 CIV 9614 (AKH)


**AFFIDAVIT OF**
**JUDITH R. COHEN**
**IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

State of New York    )
                     )    ss:
County of New York   )

JUDITH R. COHEN, being duly sworn, hereby deposes and says as follows:

1.      I am counsel with Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, N.Y. 10036, attorneys for plaintiffs in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit David. M. Kelly as counsel *pro hac vice* to represent plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known David M. Kelly since December 2007.

4.      Mr. Kelly is a partner with the law firm of Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., in its Washington, D.C. office.

282937

5.    I have found Mr. Kelly to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of David. M. Kelly, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of David M. Kelly, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit David M. Kelly, *pro hac vice*, to represent plaintiffs in the above captioned matter, be granted.

Judith R. Cohen
(JC-8614)

Sworn to me this __17__ day
of December 2007

Notary Public

SHIRLEY O. SAED
Notary Public, State of New York
No. 01SA5072143
Qualified in New York County
Certificate Filed in New York County
Commission Expires January 27 __2011__

282937

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

THE GAP, INC. and
GAP (APPAREL) LLC,                   :          07 CIV 9614 (AKH)

          Plaintiffs,               :

                                     :          **ORDER ADMITTING COUNSEL**
     v.                              :          ***PRO HAC VICE***

                                     :

G.A.P. ADVENTURES INC.,              :

          Defendant.                 :

                                     :

---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

          Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap

(Apparel) LLC and said sponsor attorney's affidavit in support;

          IT IS HEREBY ORDERED that, David M. Kelly, Finnegan, Hendersen,

Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001,

telephone: (202) 408-4000, fax: (202) 408-4400, email address: david.kelly@finnegan.com, is

admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007
          New York, New York

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

282937

⌂ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE GAP, INC. and                                      :
GAP (APPAREL) LLC,                                     :        07 CIV 9614 (AKH)
                                                       :
                    Plaintiffs,                        :
                                                       :        **CERTIFICATE OF SERVICE**
         v.                                            :
                                                       :
G.A.P. ADVENTURES INC.,                                :
                                                       :
                    Defendant.                         :
                                                       :
------------------------------------------------------- X

        I, Shirley O. Saed, hereby certify that on December 17, 2007, true and correct copies

of the attached documents, in the above-captioned matter, were served in accordance with the

Federal Rules of Civil Procedure, via prepaid first-class mail upon:

                    Alan Martin Sack
                    Hoffman & Baron, LLP
                    6900 Jericho Turnpike
                    Syosset, NY  11791

                    Jon A. Chiodo
                    Hoffman & Baron, LLP
                    6 Campus Drive
                    Parsippany, NJ  07054


Dated:    December 17, 2007
          New York, New York

                                                       _Shirley O. Saed_____
                                                       Shirley O. Saed

                                                                              282937