UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE GAP, INC. and
GAP (APPAREL) LLC,

        Plaintiffs,

    v.

G.A.P. ADVENTURES INC.,

        Defendant.
------------------------------------------------------------ X

07 CIV 9614 (AKH)

**ORDER ADMITTING COUNSEL**
***PRO HAC VICE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap (Apparel) LLC and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that, David M. Kelly, Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400, email address: david.kelly@finnegan.com, is admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Jan. 2, 2008
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

282937



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE GAP, INC. and
GAP (APPAREL) LLC,

        Plaintiffs,

v.

G.A.P. ADVENTURES INC.,

        Defendant.
------------------------------------------------------- X

07 CIV 9614 (AKH)

**CERTIFICATE OF SERVICE**

    I, Shirley O. Saed, hereby certify that on December 17, 2007, true and correct copies of the attached documents, in the above-captioned matter, were served in accordance with the Federal Rules of Civil Procedure, via prepaid first-class mail upon:

        Alan Martin Sack
        Hoffman & Baron, LLP
        6900 Jericho Turnpike
        Syosset, NY 11791

        Jon A. Chiodo
        Hoffman & Baron, LLP
        6 Campus Drive
        Parsippany, NJ 07054

Dated:   December 17, 2007
             New York, New York

                                                                         _____
                                                                             Shirley O. Saed

282937