☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE GAP, INC. and
GAP (APPAREL) LLC,

    Plaintiffs,

  v.

G.A.P. ADVENTURES INC.,

    Defendant.

------------------------------------------------------- X

07 CIV 9614 (AKH)

NOTICE OF MOTION FOR
ADMISSION *PRO HAC VICE* OF
DANIEL P. KAUFMAN

  PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed Affidavit of Judith R. Cohen, dated January 4, 2008, and the exhibit thereto, the undersigned moves this Court for an Order admitting Daniel P. Kaufman to the bar of this Court, *pro hac vice*, on behalf of plaintiffs in the above-captioned matter.

Dated: January 4, 2008
    New York, New York

              Respectfully submitted,

              By: _____
                Steven I. Weisburd (SW-5325)
                Lawrence C. Drucker (LD-9423)
                Judith R. Cohen (JC-8614)
                Dickstein Shapiro LLP
                1177 Avenue of the Americas
                New York, New York 10036-2714
                Telephone: (212) 277-6500
                Facsimile: (212) 277-6501

                Attorneys for Plaintiffs The Gap,
                Inc. and Gap (Apparel) LLC

282971

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE GAP, INC. and
GAP (APPAREL) LLC,             :     07 CIV 9614 (AKH)
                               :
        Plaintiffs,            :
                               :     MOTION TO ADMIT COUNSEL
    v.                         :     PRO HAC VICE
                               :
G.A.P. ADVENTURES INC.,        :
                               :
        Defendant.             :
                               :
------------------------------------------------------------ X

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith R. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Daniel P. Kaufman, Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400.

    Daniel P. Kaufman is a member in good standing of the Bar of the States of New York and Massachusetts and the District of Columbia. True and correct Certificates of Good Standing from the Bars of the States of New York and Massachusetts and the District of Columbia are attached hereto. There are no pending disciplinary proceedings against Daniel P. Kaufman in any State or Federal Court.

282971

Dated:   January 4, 2008
         New York, New York

                                        Respectfully submitted,

                               By: _____
                                  Judith R. Cohen
                                  (JC-8614)
                                  Dickstein Shapiro LLP
                                  1177 Avenue of the Americas
                                  New York, New York  10036-2714
                                  Telephone: (212) 277-6500
                                  Facsimile:  (212) 277-6501

282971



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DANIEL P. KAUFMAN

was on the 10TH day of SEPTEMBER, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 6, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Daniel Palmer Kaufman

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **18th day of April, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of December, 2007**.



*Clerk*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

## Daniel P. Kaufman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **December** in the year of our Lord **two thousand and seven**.

*(signature)*
MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
THE GAP, INC. and
GAP (APPAREL) LLC,                              :     07 CIV 9614 (AKH)
                                                :
        Plaintiffs,                             :
                                                :     AFFIDAVIT OF
    v.                                          :     JUDITH R. COHEN
                                                :     IN SUPPORT OF MOTION
G.A.P. ADVENTURES INC.,                         :     TO ADMIT COUNSEL
                                                :     PRO HAC VICE
        Defendant.                              :
                                                :
-------------------------------------------------------- X

State of New York   )
                    )   ss:
County of New York  )

JUDITH R. COHEN, being duly sworn, hereby deposes and says as follows:

1.  I am counsel with Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, N.Y. 10036, attorneys for plaintiffs in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Daniel P. Kaufman as counsel *pro hac vice* to represent plaintiffs in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Daniel P. Kaufman since October 2007.

4.  Mr. Kaufman is an attorney with the law firm of Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., in its Washington, D.C. office.

282971

5.  I have found Mr. Kaufman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Daniel P. Kaufman, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Daniel P. Kaufman, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Daniel P. Kaufman, *pro hac vice*, to represent plaintiffs in the above captioned matter, be granted.

Judith R. Cohen
(JC-8614)

Sworn to me this 4 day
of January 2008

Notary Public

SHIRLEY O. SAED
Notary Public, State of New York
No. 01SA5072143
Qualified in New York County
Certificate Filed in New York County
Commission Expires January 27 ____

282971

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE GAP, INC. and                              :
GAP (APPAREL) LLC,                             :            07 CIV 9614 (AKH)
                                               :
         Plaintiffs,                           :
                                               :            ORDER ADMITTING COUNSEL
    v.                                         :            PRO HAC VICE
                                               :
G.A.P. ADVENTURES INC.,                        :
                                               :
         Defendant.                            :
                                               :
------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap (Apparel) LLC and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that, Daniel P. Kaufman, Finnegan, Hendersen, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400, email address: daniel.kaufman@finnegan.com, is admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
       New York, New York

                                                          _____
                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge

282971

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
THE GAP, INC. and                                        :
GAP (APPAREL) LLC,                                       :     07 CIV 9614 (AKH)
                                                         :
            Plaintiffs,                                  :
                                                         :     **CERTIFICATE OF SERVICE**
      v.                                                 :
                                                         :
G.A.P. ADVENTURES INC.,                                  :
                                                         :
            Defendant.                                   :
                                                         :
-------------------------------------------------------- X

I, Shirley O. Saed, hereby certify that on January 4, 2008, true and correct copies of the attached documents, in the above-captioned matter, were served in accordance with the Federal Rules of Civil Procedure, via prepaid first-class mail upon:

      Alan Martin Sack
      Hoffman & Baron, LLP
      6900 Jericho Turnpike
      Syosset, NY  11791

      Jon A. Chiodo
      Hoffman & Baron, LLP
      6 Campus Drive
      Parsippany, NJ  07054

Dated:   January 4, 2008
         New York, New York

                                                  _/s/ Shirley O. Saed_____
                                                  Shirley O. Saed

282971