

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GAP, INC. and
GAP (APPAREL) LLC,

          Plaintiff,

v.

G.A.P. ADVENTURES INC.,

          Defendant.

07 CIV 9614 (AKH)

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith R. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of LINDA K. MCLEOD, Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 2001, telephone: (202) 408-4000, fax: (202) 408-4400.

    Linda K. McLeod is a member in good standing of the Bars of the States of New York and Oregon and of the District of Columbia. True and correct Certificates of Good Standing from the Bars of New York, Oregon and the District of Columbia are attached hereto. There are no pending disciplinary proceedings against Linda K. McLeod in any State or Federal Court.

DOCSNY-289089

Dated: January 25, 2008
      New York, New York

                                      Respectfully submitted,

                              By: _____
                                  Judith R. Cohen
                                  (JC-8614)
                                  Dickstein Shapiro LLP
                                  1177 Avenue of the Americas
                                  New York, New York 10036-2714
                                  Tel: (212) 277-6500
                                  Fax: (212) 277-6501

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GAP, INC. and<br>GAP (APPAREL) LLC,<br><br>             Plaintiff,<br><br>v.<br><br>G.A.P. ADVENTURES INC.,<br><br>             Defendant. | 07 CIV 9614 (AKH)<br><br>NOTICE OF MOTION FOR<br>ADMISSION PRO HAC VICE<br>OF LINDA K. MCLEOD |

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed Affidavit of Judith R. Cohen, dated January 25, 2008, and the exhibit thereto, the undersigned moves this Court for an Order admitting Linda K. McLeod to the bar of this Court, *pro hac vice*, on behalf of plaintiffs in the above-captioned matter.

Dated: January 25, 2008
       New York, New York

Respectfully submitted,

By: _____
    Steven I. Weisburd (SW-5325)
    Lawrence C. Drucker (LD-9423)
    Judith R. Cohen (JC-8614)
    Dickstein Shapiro LLP
    1177 Avenue of the Americas
    New York, New York 10036-2714
    Tel: (212) 277-6500
    Fax: (212) 277-6501

    Attorneys for Plaintiffs The Gap, Inc. and
    Gap (Apparel) LLC

DOCSNY-289085



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GAP, INC. and<br>GAP (APPAREL) LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>G.A.P. ADVENTURES INC.,<br><br>                   Defendant. | 07 CIV 9614 (AKH)<br><br>AFFIDAVIT OF<br>JUDITH R. COHEN<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York   )
                            )   ss:
County of New York )

      JUDITH R. COHEN, being duly sworn, hereby deposes and says as follows:

      1.    I am Counsel with Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, N.Y. 10036, attorneys for plaintiffs in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Linda K. McLeod as counsel *pro hac vice* to represent plaintiffs in this matter.

      2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.    I have known Linda K. McLeod since October, 2007.

      4.    Ms. McLeod is a partner with the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP, in its Washington, D.C. office.

      5.    I have found Ms. McLeod to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Linda K. McLeod, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Linda K. McLeod, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Linda K. McLeod, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

_____
Judith R. Cohen
(JC-8614)

Sworn to me this 25 day
of January, 2008

_____
Notary Public

SHIRLEY O. SAED
Notary Public, State of New York
No. 01SA6072143
Qualified in New York County
Certificate Filed in New York County
Commission Expires January 27, 2011

2

DOCSNY-289096

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LINDA K. MC LEOD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **5th** day of **September, 2007** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 16, 2008

Clerk of the Court

998



CERTIFICATE

State of Oregon    )
                   )  ss.
County of Clackamas )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### LINDA K. McLEOD

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on August 9, 1989.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. McLeod is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 14th day of January, 2008.



Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Linda K. McLeod

was on the 11th day of April, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 23, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GAP, INC. and
GAP (APPAREL) LLC,

        Plaintiff,

v.

G.A.P. ADVENTURES INC.,

        Defendant.

07 CIV 9614 (AKH)

**CERTIFICATE OF SERVICE**

I, Shirley O. Saed, hereby certify that on January 25, 2008, true and correct copies of the attached documents, in the above-captioned matter, were served in accordance with the Federal Rules of Civil Procedure, via prepaid first-class mail upon:

    Alan Martin Sack
    Hoffman & Baron, LLP
    6900 Jericho Turnpike
    Syosset, N.Y. 11791

    Jon A. Chiodo
    Hoffman & Baron, LLP
    6 Campus Drive
    Parsippany, N.J. 07054

Dated: January 25, 2008
       New York, New York

                                          _____
                                          Shirley O. Saed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GAP, INC. and GAP (APPAREL) LLC,<br><br>Plaintiff,<br><br>v.<br><br>G.A.P. ADVENTURES INC.,<br><br>Defendant. | 07 CIV 9614 (AKH)<br><br>ORDER ADMITTING COUNSEL<br>*PRO HAC VICE* |

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap (Apparel) LLC and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that, Linda K. McLeod, Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400, email address: linda.mcleod@finnegan.com, is admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge