```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GAP, INC. and
GAP (APPAREL) LLC,

        Plaintiff,

v.

G.A.P. ADVENTURES INC.,

        Defendant.

07 CIV 9614 (AKH)

ORDER ADMITTING COUNSEL
*PRO HAC VICE*

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap (Apparel) LLC and said sponsor attorney's affidavit in support:

    IT IS HEREBY ORDERED that, Linda K. McLeod, Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400, email address: linda.mcleod@finnegan.com, is admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 2/5, 2008
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

DOCSNY-289108