

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THE GAP, INC. and
GAP (APPAREL) LLC,                            :      07 CIV 9614 (AKH)
                                              :
           Plaintiffs,                        :
                                              :      NOTICE OF MOTION FOR
     v.                                       :      ADMISSION *PRO HAC VICE* OF
                                              :      EVAN A. RAYNES
G.A.P. ADVENTURES INC.,                       :
                                              :
           Defendant.                         :
                                              :
------------------------------------------------------------- X

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed Affidavit of Judith R. Cohen, dated March 28, 2008, and the exhibit thereto, the undersigned moves this Court for an Order admitting Evan A. Raynes to the bar of this Court, *pro hac vice*, on behalf of plaintiffs in the above-captioned matter.

Dated:   March 28, 2008
         New York, New York

                                        Respectfully submitted,

                                        By: _____
                                            Steven I. Weisburd (SW-5325)
                                            Lawrence C. Drucker (LD-9423)
                                            Judith R. Cohen (JC-8614)
                                            Dickstein Shapiro LLP
                                            1177 Avenue of the Americas
                                            New York, New York 10036-2714
                                            Telephone: (212) 277-6500
                                            Facsimile: (212) 277-6501

                                            Attorneys for Plaintiffs The Gap,
                                            Inc. and Gap (Apparel) LLC

300281

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE GAP, INC. and
GAP (APPAREL) LLC,

        Plaintiffs,

v.

G.A.P. ADVENTURES INC.,

        Defendant.
------------------------------------------------------------ X

07 CIV 9614 (AKH)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judith R. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of EVAN A. RAYNES, Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400.

Evan A. Raynes is a member in good standing of the Bar of the State of California and the District of Columbia. True and correct Certificates of Good Standing from the Bars of the State of California and the District of Columbia are attached hereto. There are no pending disciplinary proceedings against Evan A. Raynes in any State or Federal Court.

300281

Dated:  March 28, 2008
        New York, New York

                                    Respectfully submitted,

                                    By: _____
                                        Judith R. Cohen
                                        (JC-8614)
                                        Dickstein Shapiro LLP
                                        1177 Avenue of the Americas
                                        New York, New York  10036-2714
                                        Telephone: (212) 277-6500
                                        Facsimile:  (212) 277-6501

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EVAN ASHLEY RAYNES, #164447 was admitted to the practice of law in this state by the Supreme Court of California on June 7, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

EVAN A. RAYNES

was on the 7th day of MARCH, 1994 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 21, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/
            Deputy Clerk

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE GAP, INC. and
GAP (APPAREL) LLC,                              :    07 CIV 9614 (AKH)
                                                :
              Plaintiffs,                       :
                                                :    AFFIDAVIT OF
       v.                                       :    JUDITH R. COHEN
                                                :    IN SUPPORT OF MOTION
G.A.P. ADVENTURES INC.,                         :    TO ADMIT COUNSEL
                                                :    PRO HAC VICE
              Defendant.                        :
                                                :
------------------------------------------------------------ X

State of New York   )
                    )   ss:
County of New York  )

JUDITH R. COHEN, being duly sworn, hereby deposes and says as follows:

1.     I am counsel with Dickstein Shapiro LLP, 1177 Avenue of the Americas, New York, N.Y. 10036, attorneys for plaintiffs in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Evan A. Raynes as counsel *pro hac vice* to represent plaintiffs in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Evan A. Raynes since January 2008.

4.     Mr. Raynes is a partner with the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP, in its Washington, D.C. office.

300281

5.   I have found Mr. Raynes to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.   Accordingly, I am pleased to move the admission of Evan A. Raynes, *pro hac vice*.

7.   I respectfully submit a proposed order granting the admission of Evan A. Raynes, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Evan A. Raynes, *pro hac vice*, to represent plaintiffs in the above captioned matter, be granted.

Judith R. Cohen
(JC-8614)

Sworn to me this 28 day
of March 2008

Notary Public

SHIRLEY O. SAED
Notary Public, State of New York
No. 01SA5072143
Qualified in New York County
Certificate Filed in New York County
Commission Expires January 27, 2011

300281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE GAP, INC. and
GAP (APPAREL) LLC,                                  :        07 CIV 9614 (AKH)
                                                    :
       Plaintiffs,                                :
                                                    :        **ORDER ADMITTING COUNSEL**
   v.                                            :        ***PRO HAC VICE***
                                                    :
G.A.P. ADVENTURES INC.,                             :
                                                    :
       Defendant.                                 :
                                                    :
------------------------------------------------------- X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      Upon the motion of Judith R. Cohen, attorney for The Gap, Inc. and Gap (Apparel) LLC and said sponsor attorney's affidavit in support;

      IT IS HEREBY ORDERED that, Evan A. Raynes, Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 20001, telephone: (202) 408-4000, fax: (202) 408-4400, email address: evan.raynes@finnegan.com, is admitted *pro hac vice* to as counsel for The Gap, Inc. and Gap (Apparel) LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
       New York, New York

                                                 _____
                                                 ALVIN K. HELLERSTEIN
                                                 United States District Judge

300281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GAP, INC. and<br>GAP (APPAREL) LLC,<br><br>          Plaintiff,<br><br>v.<br><br>G.A.P. ADVENTURES INC.,<br><br>          Defendant. | 07 CIV 9614 (AKH)<br><br>CERTIFICATE OF SERVICE |

☐ ORIGINAL

      I, Shirley O. Saed, hereby certify that on March 31, 2008, true and correct copies of the attached documents, in the above-captioned matter, were served in accordance with the Federal Rules of Civil Procedure, via prepaid first-class mail upon:

      Alan Martin Sack
      Hoffman & Baron, LLP
      6900 Jericho Turnpike
      Syosset, N.Y. 11791

      Jon A. Chiodo
      Hoffman & Baron, LLP
      6 Campus Drive
      Parsippany, N.J. 07054

Dated: March 31, 2008
       New York, New York

                                                          /s/ Shirley O. Saed
                                                          Shirley O. Saed