UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GAP, INC. AND GAP (APPAREL) LLC,
        Plaintiffs,
        Counterclaim Defendants    :

    v.

G.A.P. ADVENTURES, INC.

        Defendant,
        Counterclaim Plaintiff.

CIVIL ACTION NO.
07-CV-9614 (AKH)

---

### NOTICE OF CHANGE OF ADDRESS

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Alan M. Sack.

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AS-8856.

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm**

    From: Hoffman & Baron, LLP

    To: Morgan & Finnegan, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new law firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 3 World Financial Center, New York, NY 10281-2101

☒ **Telephone Number:** (212) 415-8700

☒ **Direct Telephone:** (212) 415-8723

☒ **Facsimile Number:** (212) 415-8701

☒ **E-Mail Address:** asack@morganfinnegan.com

Dated: May 16, 2008

1141923 v1