AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_Southern_                    DISTRICT OF                    _New York_

**APPEARANCE**

Case Number: 07-CV-9614 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

G.A.P. Adventures Inc., Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/11/2008 | _(signature)_ |
| Date | Signature |
| | Suchira Ghosh — SG-6368 |
| | Print Name — Bar Number |
| | Morgan & Finnegan, 3 World Financial Center |
| | Address |
| | New York — NY — 10281-2101 |
| | City — State — Zip Code |
| | (212) 415-8760 — (212) 415-8701 |
| | Phone Number — Fax Number |