AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 1:07-CV-9614

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

G.A.P. Adventures, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/11/2008 | *(signature)* |
| Date | Signature |
| | Steven Purdy    SP1530 |
| | Print Name    Bar Number |
| | 3 World Financial Center |
| | Address |
| | New York    NY    10281-2101 |
| | City    State    Zip Code |
| | (212) 415-8700    (212) 415-8701 |
| | Phone Number    Fax Number |