UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
    :
The Gap, Inc.,    :
    :
    Plaintiff,    :  **ORDER REGULATING**
    :  **DISCOVERY**
  -against-    :
    :  07 Civ. 9614 (AKH)
    :
G.A.P. Adventures, Inc.,    :
    :
    Defendant.    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In a joint letter submitted June 17, 2010, the parties present a discovery dispute pursuant to my Individual Rule 2E. I order as follows:

    1. G.A.P. Adventures shall not produce any additional documents concerning sales in the United States prior to 2000 and advertising expenditures in the United States prior to 2002. Discovery is complete and these documents should have been produced. To the extent the documents have been produced, they are in the form maintained by G.A.P. Adventures and therefore satisfy the requirements under Rule 34 of the Federal Rules of Civil Procedure.

    2. The Gap, Inc. may not ask questions in its upcoming depositions regarding G.A.P. Adventures' purported "acronym" defense if the questions would violate the attorney-client privilege or attorney work-product doctrine. The Gap, Inc. has not shown the relevance of such information and has not shown that G.A.P. Adventures has waived the privilege. G.A.P. Adventures may not use such information at trial.

    SO ORDERED.

Dated:  June 21, 2010
         New York, New York
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1