| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>THE GAP, INC. and GAP (APPAREL) LLC,<br><br>                               Plaintiffs,<br><br>                     -against-<br><br>G.A.P. ADVENTURES INC.,<br><br>                               Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | FILED ELECTRONICALLY<br><br>07 Civ. 9614 (AKH)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

      PLEASE TAKE NOTICE that Michael Potenza of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of plaintiffs The Gap, Inc. and Gap (Apparel) LLC in the above-captioned case.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the email address set forth below.

Dated:  New York, New York
          September 21, 2010

                                      DEBEVOISE & PLIMPTON LLP

                                By:     /s/ Michael Potenza
                                      Michael Potenza
                                      mpotenza@debevoise.com
                                      919 Third Avenue
                                      New York, New York  10022
                                      Tel:  (212) 909-6000

                                      Attorneys for The Gap, Inc. and Gap
                                      (Apparel) LLC