```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE GAP, INC., and GAP (APPAREL) LLC, | X <br> * | FILED ELECTRONICALLY <br> 07 CIV 9614 (AKH) |
| Plaintiffs, | * | ECF CASE |
| v. | * | STIPULATION AND ORDER FOR SUBSTITUTION OF |
| G.A.P. ADVENTURES INC., | * | ATTORNEYS; AND REQUEST AND ORDER FOR LEAVE TO |
| Defendant. | X | WITHDRAW AS COUNSEL FOR <u>G.A.P. ADVENTURES INC.</u> |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104 be substituted as counsel of record for Defendant G.A.P. ADVENTURES INC. in the above-entitled action in place and stead of Locke Lord Bissell & Liddell LLP and that Alan M. Sack, Jason Nardiello, Jay G. Safer, Richard Straussman, Steven M. Purdy and Suchira Ghosh be granted leave to withdraw as counsel for G.A.P. ADVENTURES INC. This stipulation and request is with the consent of G.A.P. ADVENTURES INC. and will not prejudice any party to this action, as set forth in greater detail in the accompanying Declaration Under Local Rule 1.4.

G.A.P. ADVENTURES INC.

By _____
Bruce Poon Tip
President

| LOCKE LORD BISSELL & LIDDELL LLP | FITZPATRICK, CELLA, HARPER & SCINTO |
|---|---|
| By  /s/ Alan Martin Sack<br>Alan Martin Sack   (AMS8856)<br>3 World Trade Financial Center, 20th Floor<br>New York, New York 10281-2101<br>(212) 415-8701<br>Fax: (212) 415-8701 | By:   /s/ Pasquale A. Razzano<br>Pasquale A. Razzano (PR7340)<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100<br>Fax: (212) 218-2200\ |
| Former Attorneys for G.A.P. ADVENTURES INC. | Substitute Attorneys for G.A.P. ADVENTURES INC. |

SO ORDERED:

*[signature]*

Alvin K. Hellerstein, U.S.D.J.

10/8/10

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of June, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via email and first class mail.

/s/ Pasquale A. Razzano
Pasquale A. Razzano
NY Bar – PR 7340

## SERVICE LIST

Bruce P. Keller
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 31st Floor
New York, New York 10022

FCHS_WS 5181823_1.DOC

- 3 -

FCHS_WS 5180303v1.doc