*Hollerstein, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FILED ELECTRONICALLY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THE GAP, INC. and GAP (APPAREL) LLC,        :

                      Plaintiffs,        :

        -against-        :

G.A.P ADVENTURES INC.,        :

                    Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 Civ. 9614 (AKH)

ECF CASE

**STIPULATION OF
VOLUNTARY DISMISSAL OF
SIXTH AND SEVENTH CLAIMS
FOR RELIEF**

<u>**STIPULATION OF VOLUNTARY DISMISSAL**</u>

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(1):

    The Sixth and Seventh Claims for Relief set forth in Plaintiff's Complaint in the

above-captioned action shall be, and hereby are, dismissed without prejudice.

Dated: March 25, 2011
      New York, New York

DEBEVOISE & PLIMPTON LLP

By: *Bruce P. Keller*
Bruce P. Keller
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for The Gap, Inc. and Gap
(Apparel) LLC*

FITZPATRICK, CELLA, HARPER &
SCINTO

By: _____
Pasquale A. Razzano
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

*Attorneys for G.A.P. Adventures Inc.*

SO ORDERED  3 25/11

U.S.D.J.

23397746v1