| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>THE GAP, INC. and GAP (APPAREL) LLC,<br><br>                              Plaintiffs,<br><br>                    -against-<br><br>G.A.P. ADVENTURES INC.,<br><br>                              Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | FILED ELECTRONICALLY<br><br>07 Civ. 9614 (AKH)<br><br>ECF CASE<br><br>**NOTICE OF MOTION IN LIMINE TO ADMIT TESTIMONY OF ANITA VOTH** |

PLEASE TAKE NOTICE that on April 27, 2011, Plaintiffs The Gap, Inc. and Gap (Apparel) LLC ("Gap"), by their attorneys Debevoise & Plimpton LLP, upon all prior pleadings in this case and upon an accompanying Memorandum in Support of Motion In Limine to Admit Testimony of Anita Voth and a Declaration of Bruce P. Keller in Support of Gap's Motion In Limine to Admit Testimony of Anita Voth, dated April 27, 2011, along with the exhibits attached thereto, move to admit certain deposition testimony of Anita Voth dated December 2, 2010.

Dated:  April 27, 2011                              Respectfully submitted,

                                                                  DEBEVOISE & PLIMPTON LLP

                                                                    /s/ Bruce P. Keller
                                                                  Bruce P. Keller

                                                                  919 Third Avenue
                                                                  New York, NY  10022
                                                                  212/909-6000 (phone)
                                                                  212/909-6836 (fax)

                                                                  *Attorneys for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC*