| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>THE GAP, INC. and GAP (APPAREL) LLC,<br>　　　　　　　　　Plaintiffs,<br>　　　　-against-<br>G.A.P. ADVENTURES INC.,<br>　　　　　　　　　Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | FILED ELECTRONICALLY<br><br>07 Civ. 9614 (AKH)<br><br>ECF CASE<br><br>**NOTICE OF MOTION IN LIMINE TO EXCLUDE, OR ALTERNATIVELY ON WEIGHT AND ADMISSIBILITY AT TRIAL OF, DR. YORAM WIND'S EXPERT TESTIMONY** |

PLEASE TAKE NOTICE that on April 27, 2011, Plaintiffs The Gap, Inc. and Gap (Apparel) LLC ("Gap"), by their attorneys Debevoise & Plimpton LLP, upon all prior pleadings in this case and upon an accompanying Memorandum in Support of Motion In Limine to Exclude, or Alternatively on Weight and Admissibility at Trial of, Dr. Yoram Wind's Expert Testimony ("In Limine Brief") and a Declaration of Bruce P. Keller in Support of Gap's Motion In Limine, dated April 27, 2011, along with the exhibits attached thereto, move to exclude certain opinions and expert testimony of Dr. Wind as described in the accompanying In Limine Brief, pursuant to Rule 702 of the Federal Rules of Evidence.

Dated:  April 27, 2011

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

 /s/ Bruce P. Keller
Bruce P. Keller

919 Third Avenue
New York, NY  10022
212/909-6000 (phone)
212/909-6836 (fax)

*Attorneys for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC*