```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
THE GAP, INC. and GAP (APPAREL) LLC,    :    **SUMMARY ORDER DECIDING**
:    **MOTIONS IN LIMINE**
Plaintiffs,    :
:    07 Civ. 9614 (AKH)
-against-    :
:
G.A.P ADVENTURES INC.,    :
:
Defendant.    :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On May 4, 2011, the parties appeared before me for a final pretrial conference and argument on plaintiffs' motions in limine.

       For the reasons stated on the record of proceedings, plaintiffs' motion in limine to admit the deposition testimony of Anita Voth is granted, subject to any objections as to particular sequences of testimony when that testimony is offered into evidence at trial.

       For the reasons stated on the record, plaintiffs' motion in limine to exclude the expert testimony of Dr. Yoram Wind is denied. Plaintiffs may raise their concerns with respect to Dr. Wind's testimony through cross-examination at trial.

       The Clerk shall mark the motions (Doc. Nos. 91 and 94) terminated.

       SO ORDERED.

Dated:    May 5, 2011
           New York, New York
                                       /ALVIN K. HELLERSTEIN
                                       United States District Judge

1