

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
THE GAP, INC. and GAP (APPAREL) LLC, :
                        Plaintiffs, :     07 Civ. 9614 (AKH)
        -against-                   :
                                    :
G.A.P. ADVENTURES INC.,             :
                        Defendant.  :
------------------------------------x

## ORDER

ALVIN K. HELLERSTEIN, *United States District Judge.*

      I hereby authorize the following attorneys to bring the General Purpose Computing Devices ("GPCD") listed below into the Courthouse for use at trial in the action entitled The Gap, Inc. and Gap (Apparel) LLC v. G.A.P Adventures Inc., No. 07 Civ. 9614, which is anticipated to begin on May 24, 2011 and conclude on June 16, 2011.

| Attorneys for Plaintiffs | Device(s) |
|---|---|
| 1. Miranda Turner | Laptop Computer and accessories |
| 2. Eliot Greenfield | Laptop Computer and accessories |
| 3. Tim Beeken | Laptop Computer and accessories |

| Attorneys for Defendant | Device(s) |
|---|---|
| 1. Gail Reiser (Trial Tech) | 2-Notebook Computers, 1-Monitor, 1-Portable Hard Drive, 1-Distribution Amp, cables, power cords and laser pointer |
| 2. Timothy J. Kelly | 1 – Notebook Computer |
| 3. Jason Perlman (paralegal) | 1 – Notebook Computer |

      The attorneys identified in this Order must present a copy of this Order when entering Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic devices lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more

infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on page 3 of this Order.

This order does not authorize any attorney or law firm to bring more than three GPCDs into Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: May 19, 2011

Alvin K. Hellerstein
United States District Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

(The provisions on page 3 are an integral part of this order.)

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.