


So Ordered
5-25-11
/s/ Alvin K. Hellerstein

May 24, 2011

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

THE GAP, INC. and GAP (APPAREL) LLC v. G.A.P. ADVENTURES
07 Civ. 9614 (AKH)
**Withdrawal of Attorney**

Dear Judge Hellerstein

  Please be advised that I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for plaintiffs in the captioned matter.

  I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.

  Thank you for your courtesy and cooperation.

              Respectfully submitted,

              Camille Calman

Attachment