USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

THE GAP, INC. and GAP (APPAREL) LLC,
                    Plaintiffs,

-against-

G.A.P. ADVENTURES INC.,
                    Defendant.
----------------------------------------x

07 Civ. 9614 (AKH)

## ORDER

ALVIN K. HELLERSTEIN, *United States District Judge.*

      I hereby authorize the following attorneys to bring the General Purpose Computing Devices ("GPCD") listed below into the Courthouse for use at trial in the action entitled The Gap, Inc. and Gap (Apparel) LLC v. G.A.P Adventures Inc., No. 07 Civ. 9614, which is anticipated to begin on May 24, 2011 and conclude on June 16, 2011.

| Attorneys for Plaintiffs | Device(s) |
|---|---|
| 1. Andrew Adams | Laptop Computer and accessories |
| 2. John Nichols | Laptop Computer and accessories |
| 3. Bethany Davis Noll | Laptop Computer and accessories |

| Attorneys for Defendant | Device(s) |
|---|---|
| 1. Gail Reiser (Trial Tech) | 2-Notebook Computers, 1-Monitor, 1-Portable Hard Drive, 1-Distribution Amp, cables, power cords and laser pointer |
| 2. Timothy J. Kelly | 1 – Notebook Computer |
| 3. Jason Perlman (paralegal) | 1 – Notebook Computer |

      The attorneys identified in this Order must present a copy of this Order when entering Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic devices lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on page 3 of this Order.

        This order does not authorize any attorney or law firm to bring more than three GPCDs into Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated:      May 26, 2011

                                                                  Alvin K. Hellerstein
                                                               United States District Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

        (The provisions on page 3 are an integral part of this order.)

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

| | |
|---|---|
| Date | May 26, 2011 |
| To | Nancy and Brigitte Jones |
| Attn | |
| Fax | 212-805-7942 |
| Tel | 212-805-0152 |
| From | Thomas Buckley |
| Email | tbuckley@debevoise.com |
| Tel | 212-909-6132 |
| Fax | 212-909-6836 |

## Facsimile

4   pages including cover page

Dear Nancy and Brigitte:

The members of Plaintiff's counsel's team who brought the laptops into the courthouse this week are not available next week. We respectfully request that the Court authorize the following lawyers from our firm to bring the team's laptops into the courthouse instead: Andrew Adams, John Nichols, and Bethany Davis Noll.

Enclosed please find the proposed order. We respectfully request that the court so order and fax or e-mail it to us today so that we will be able to bring the equipment into the courthouse on Tuesday morning.

Respectfully,

Thomas Buckley

Thomas Buckley
Senior Litigation Case Manager

For assistance or confirmation please call 212 909 6407

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.