UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
THE GAP, INC. and GAP
(APPAREL) LLC           Plaintiff,

Case No. 07 Civ 9614 (AKH)

-against-

G.A.P. ADVENTURES
                        Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

CAMILLE CALMAN
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CC4743   My State Bar Number is 4497962

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Debevoise & Plimpton LLP
            FIRM ADDRESS: 919 Third Ave, New York, NY
            FIRM TELEPHONE NUMBER: 212 909-6000
            FIRM FAX NUMBER: 212 909-6836

NEW FIRM:   FIRM NAME: Davis Wright Tremaine LLP
            FIRM ADDRESS: 1633 Broadway, New York, NY
            FIRM TELEPHONE NUMBER: 212 489-8230
            FIRM FAX NUMBER: 212 489-8340

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[X] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on MAY 25, 2011 by Judge HELLERSTEIN.

Dated: MAY 27, 2011

_____
ATTORNEY'S SIGNATURE