USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 04 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GAP, INC., and GAP (APPAREL) LLC,

    Plaintiffs, and
    Counterclaim Defendants,

-against-

G.A.P ADVENTURES INC.,

    Defendant, and
    Counterclaim Plaintiff.

---

07 Civ. 9614 (AKH)

**NOTICE OF APPEAL
IN A CIVIL CASE**

    Notice is hereby given that the Defendant, G.A.P Adventures, Inc., in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment of the Court, entitled Permanent Injunction and Final Order entered on July 6, 2011 (Docket No. 119), and Order Implementing Permanent Injunction and Final Order entered on July 6, 2011 (Docket No. 120), and from all underlying opinions and orders, including but not limited to the Order Denying Motion To Admit Evidence Or, In The Alternative, To Reopen Discovery dated April 14, 2011 (Docket No. 90). A copy of the Judgment and underlying opinion are attached hereto.

    Pursuant to Local Rule 83.8, the attorneys for Plaintiffs THE GAP, INC., and GAP (APPAREL) LLC are:

    Bruce P. Keller, Esq.
    Michael Potenza, Esq.
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY 10022

Dated: August 4, 2011

By _____
Pasquale A. Razzano (7340)
FITZPATRICK CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
212/218-2100 (phone)
212-218-2200 (fax)

*Attorneys for Defendant
G.A.P Adventures Inc.*