SDNY CASE#
07-CV-9614(AKH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of August, two thousand and eleven.

_____

THE GAP, INC., GAP (APPAREL) LLC,

*Plaintiffs-Counter-Defendants-Appellees*,

v.

G.A.P. ADVENTURES, INC.,

*Defendant-Counter-Claimant-Appellant.*

_____

**ORDER**

Docket No.: 11-3171

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/15/2011
```

IT IS HEREBY ORDERED that the motion by Appellant G.A.P. Adventures, Inc., on consent, to stay the appeal pursuant to Fed. R. App. P. 4(a)(4)(A)(iv) is GRANTED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE: Clerk

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*

CERTIFIED COPY ISSUED ON 8/15/2011