UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE GAP, INC. and GAP (APPAREL) LLC,

                Plaintiffs,

-against-

G.A.P. ADVENTURES INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9614 (AKH)

ECF CASE

**NOTICE OF CROSS-APPEAL**

NOTICE is hereby given that Plaintiffs THE GAP, INC. and GAP (APPAREL) LLC hereby cross-appeal to the United States Court of Appeals for the Second Circuit from so much of the final Judgment of the Court, entitled Permanent Injunction and Final Order entered on July 6, 2011 (Docket No. 119) and Order Implementing Permanent Junction and Final Order entered on July 6, 2011 (Docket No. 120) (annexed together as Exhibit A), which incorporates the Court's finding, as stated in its Findings of Fact and Conclusions of Law Following A Bench Trial entered on June 24, 2011 (Docket No. 118) (annexed as Exhibit B), that Plaintiffs failed to establish their trademark dilution claims under Federal or New York State law.

Dated:  New York, New York
         August 29, 2011

To:  Pasquale A. Razzano, Esq.
     Fitzpatrick Cella, Harper & Scinto
     1290 Avenue of the Americas
     New York, NY 10104
     *Attorneys for Defendant G.A.P Adventures Inc.*

DEBEVOISE & PLIMPTON LLP

By: /s/ Bruce P. Keller
Bruce P. Keller
(bpkeller@debevoise.com)
Michael R. Potenza
(mpotenza@debevoise.com)
919 Third Avenue
New York, New York 10022
(212) 909-6000
*Attorneys for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC*